B1 Official Form 1 (4/10)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nexity Financial Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**63-1222937** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State):<br>**3680 Grandview Parkway**<br>**Suite 200**        35243<br>**Birmingham, AL** | Street Address of Joint Debtor (No. & Street, City, State): |
| County of Residence or of the Principal Place of Business:<br>**Jefferson County, AL** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (if different from street address above):

**Jefferson County, AL**        35243

### Type of Debtor
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below)

### Nature of Business
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box)

- [x] Full Filing Fee attached

- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.

- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4.01./13 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [x] A plan is being filed with this petition.
- [x] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| [x]<br>1-49 | [ ]<br>50-99 | [ ]<br>100-199 | [ ]<br>200-999 | [ ]<br>1,000-5,000 | [ ]<br>5,001-10,000 | [ ]<br>10,001-25,000 | [ ]<br>25,001-50,000 | [ ]<br>50,001-100,000 | [ ]<br>Over-100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimates Assets

| [ ]<br>$0 to $50,000 | [ ]<br>$50,001 to $100,000 | [ ]<br>$100,001 to $500,000 | [ ]<br>$500,001 to $1 Million | [x]<br>$1,000,001 to $10 million | [ ]<br>$10,000,001 to $50 million | [ ]<br>$50,000,001 to $100 million | [ ]<br>$100,000,001 to $500 million | [ ]<br>$500,000,001 to $1 billion | [ ]<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimates Liabilities

| [ ]<br>$0 to $50,000 | [ ]<br>$50,001 to $100,000 | [ ]<br>$100,001 to $500,000 | [ ]<br>$500,001 to $1 million | [ ]<br>$1,000,001 to $10 million | [x]<br>$10,000,001 to $50 million | [ ]<br>$50,000,001 to $100 million | [ ]<br>$100,000,001 to $500 million | [ ]<br>$500,000,001 to $1 billion | [ ]<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

RLF1 3587758v. 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** **Nexity Financial Corporation** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐   Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)       Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box)*

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                                    _____
                                      (Name of landlord that obtained judgment)

                                    _____
                                      (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1))

B1 Official Form 1 (4/10)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Nexity Financial Corporation |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br>   _____<br>   Telephone Number (if not represented by attorney)<br>   _____<br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code  Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br>   _____<br>   (Printed Name of Foreign Representative)<br>   _____<br>   Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X *Mark D. Collins* w/p MTM<br>   Signature of Attorney for Debtor(s)<br>   Mark D. Collins, Esq. (No. 2981)<br>   Printed Name of Attorney for Debtor(s)<br>   Richards, Layton & Finger, P.A.<br>   Firm Name<br>   920 N. King Street, One Rodney Square<br>   Address<br>   Wilmington, Delaware 19801<br>   (302) 651-7700<br>   Telephone Number<br>   July 22, 2010<br>   Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>   _____<br>   Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Authorized Individual<br>   Greg L. Lee<br>   Printed Name of Authorized Individual<br>   Chief Executive Officer<br>   Title of Authorized Individual<br>   July 22, 2010<br>   Date | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **Nexity Financial Corporation** | ) | **Case No. 10-_____ (____)** |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

## LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS AGAINST THE DEBTOR

The above captioned debtor in this chapter 11 case (the "Debtor"), filed a voluntary petition in this Court on July 22, 2010 (the "Petition Date") for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is a list of the Debtor's twenty largest unsecured creditors (the "Top 20 List")[1], based on the Debtor's books and records as of approximately July 22, 2010. The Top 20 List was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtor's chapter 11 case. The Top 20 List does not include: (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the twenty largest unsecured claims. The information presented in the Top 20 List shall not constitute an admission by, nor is it binding on, the Debtor. The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtor's right to contest the validity, priority, and/or amount of any such claim.

---

[1] While Rule 1007(d) of the Federal Rules of Bankruptcy Procedure requires a debtor to file a list of its top 20 unsecured creditors with the petition, the Debtor believes that it has less than 20 unsecured creditors (inclusive of trust preferred security claims, which are contractually subordinated to general unsecured claims).

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| Stone Castle Partners | Mr. Robert McPherson<br>120 W. 45th Street<br>14th Floor<br>New York, NY 10036<br>bmcpherson@stonecastlepartners.com<br>F – 212-354-6565 | Trust Preferred Security* | | $9,000,000.00 |
| Alesco | Mr. Sam Hillier<br>2929 Arch Street<br>17th Floor<br>Philadelphia, PA 19104<br>shillier@cohenandcompany.com<br>F – 215-701-8282 | Trust Preferred Security* | | $3,000,000.00 |
| Silverton Bank | Mr. Tommy Neal<br>600 Paces Summit<br>Atlanta, GA  30339<br>tneal@silvertonbank.com<br>F- 770-805-2121 | Trust Preferred Security* | | $2,000,000.00 |
| Buckhead Community Bank | Mr. Marvin Cosgray<br>415 E. Paces Ferry Road<br>Atlanta, GA  30305<br>F- 678-684-4801 | Trust Preferred Security* | | $1,000,000.00 |
| Coastal States Bank | Mr. Randy Dolyniuk<br>P.O. Box 4800<br>Hilton Head Island, SC  29938<br>F – 834-341-9955 | Trust Preferred Security* | | $1,000,000.00 |
| First National Bank of Savannah | Layne Huttenberger<br>5225 Abercorn Street<br>Savannah, GA 31405<br>F – 912-354-1403 | Trust Preferred Security* | | $1,000,000.00 |
| Citizens Bank of Vernon | Mr. Robin Trimm<br>103 Jamestown Blvd.<br>Dothan, AL  36301<br>rtrimm@sunsouthbank.com<br>F – 334-678-8827 | Trust Preferred Security* | | $500,000.00 |
| Community Bank of Pickens County | Mr. John Trammel<br>15 Sammy McGhee Blvd.<br>Jasper, GA 30143<br>F – 706-253-9612 | Trust Preferred Security* | | $500,000.00 |

---

* The Trust Preferred Security Claims are contractually subordinated to general unsecured claims.

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| Cornerstone Bank | Mr. Frank Roach<br>2060 Mount Paran Road NW<br>Suite 100<br>Atlanta, GA  30327-2925<br>froach@cornerstonebankga.com<br>F- 404-601-1251 | Trust Preferred Security* | | $500,000.00 |
| First Citizens Bank | Mr. William Petrey<br>66 N. Woodford Avenue<br>P.O. Drawer 271<br>Luverne, AL  36049<br>wpetrey@fcbl.com<br>F – 334-335-5810 | Trust Preferred Security* | | $500,000.00 |
| Georgia Banking Company | Mr. Matthew Blejwas<br>6190 Powers Ferry Road<br>Atlanta, GA  30339<br>m.blejwas@geobanking.com<br>F – 770-627-9515 | Trust Preferred Security* | | $500,000.00 |
| High Trust Bank | Ed Lane<br>280 W.Country Club Drive<br>Stockbridge, GA  30281<br>F - 770-474-3455 | Trust Preferred Security* | | $500,000.00 |
| Metro Bank | Mr. Ken Barber<br>P.O. Box 5369<br>Douglasville, GA  30154<br>kbarber@metrobankga.com<br>F – 770-222-3498 | Trust Preferred Security* | | $500,000.00 |
| Peoples State Bank of Commerce | Mr. Ed Lowery<br>201 Jordan Road<br>Franklin, TN  37067<br>elowery@fi-data.com<br>F – 615-794-6351 | Trust Preferred Security* | | $500,000.00 |
| SunSouth Bank | Mr. Mike Bean<br>Mr. Robin Trimm<br>103 Jamestown Blvd.<br>Dothan, AL  36301<br>rtrimm@sunsouthbank.com<br>F – 334-678-8827 | Trust Preferred Security* | | $500,000.00 |
| United Security Bank | Mr. Pierce Neese, Chairman<br>350 E. Broad Street<br>Sparta, GA  31087-1441<br>F - 706-444-8892 | Trust Preferred Security* | | $500,000.00 |

---

* The Trust Preferred Security Claims are contractually subordinated to general unsecured claims.

B1 Official Form 1 (1/08)

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Nexity Financial Corporation | ) | Case No. 10-_____ (_____) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

### DECLARATION CONCERNING THE LIST OF CREDITORS
### HOLDING 20 LARGEST UNSECURED CLAIMS AGAINST THE DEBTOR

      I, Greg L. Lee, Chief Executive Officer of Nexity Financial Corporation, declare under penalty of perjury that I have reviewed the foregoing List of Creditors Holding the 20 Largest Unsecured Claims Against the Debtor and that the information contained therein is true and correct to the best of my information and belief.

Dated: July 22, 2010
      Birmingham, Alabama

Name:  Greg L. Lee
Title:   Chief Executive Officer of Nexity Financial Corporation

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **Nexity Financial Corporation,** | ) | Case No. 10-_____ (_____) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

The Equity Security Holders of the Debtor in the above-captioned case are listed in the spreadsheet attached hereto.

| Name | Address | Equity Holdings |
|------|---------|-----------------|
| Janice L Alley and Betty J McGuckin JT Ten | 1032 N. Eisenhower Drive<br>Beckley, WV  25801 | 125.0000 |
| Paul T Bennett | 121 Candlewood Drive<br>Alma, GA  31510 | 1,000.0000 |
| Mark Brouillette | 201 Laprado Place<br>Birmingham, AL  35209 | 1,750.0000 |
| Shawn Baker & Sarah Baker JT Ten | 6314 Mill Creek Way<br>Birmingham, AL  35242 | 65.0000 |
| Eric R Berry | 2045 Montreat Circle<br>Unit C<br>Vestavid, AL  35216 | 125.0000 |
| Ellen M Bryant | 2779 Abingwood Way<br>Vestavia Hills, AL  35243 | 875.000 |
| Millard Barnes | 3605 Birchwood Way<br>Birmingham, AL  35243 | 12,5000.0000 |
| Lisa L Black | 135 Parks Ridge<br>Dublin, GA  31021 | 12,500.0000 |
| Michael A Bryant | 2779 Abingwood Way<br>Vestavia Hills, AL  35243 | 875.0000 |
| Bennett Family Limited Partnership | 144 Husky Lane<br>Alma, GA  31510 | 12,500.0000 |
| David Burke Brouillette | 1636 Panorama Drive<br>Birmingham, AL  35216 | 1,250.0000 |
| Judy Page Burke | 1607 Harbinson Street NE<br>Cullman, AL  35055 | 2,500.0000 |
| Lawrence Bennett | 185 Blackbird Road<br>Alma, GA  31510 | 1,000.0000 |
| Leon W Brouillett & Mary Claire Brouillette Jt Ten | 201 Laprado Place<br>Birmingham, AL  35209 | 4,625.0000 |
| R Brad Burnette | 3213 Wildwood Plantation Circle<br>Valdosta, GA  31605 | 12,500.0000 |
| William D Cable & Amy F Cable Jt Ten | 4172 Rainbow Hills Drive<br>Hickory, NC  28602 | 500.0000 |

| | | |
|---|---|---|
| Ellen Cavanaugh | 202 Eighty Oak Avenue<br>Mt Pleasant, SC  29464 | 1,500.0000 |
| Brandon S Coots | P.O. Box 367<br>Luverne, AL  36049 | 500.0000 |
| Courtnay J Capps | 3007 Vassar Drive<br>Augusta, GA  30909 | 250.0000 |
| Cede & Co. | P.O. Box 20<br>Bowling Green Station<br>New York, NY  10274 | 5,632,094.0000 |
| Cottonwood Properties Inc | C/O Burroughs Brothers Properties<br>Attn: Cheryl Wingard<br>1800 Husted Road, Suite D<br>Conway, SC  29526 | 2,500.0000 |
| H Grady Capps | P.O. Box 647<br>Union Springs, AL  36089 | 1,000.0000 |
| Pamela C. Clepper | 200 E Grandview Drive<br>Muscle Shoals, AL  35661 | 8,500.0000 |
| Tony K Cox | P.O. Box 3523<br>North Myrtle Beach, SC  29582 | 1,250.0000 |
| John G Capps Sr. | 5510 US Highway 29<br>Banks, AL  36005 | 500.0000 |
| Juanita L Clouse | 1604 Sharon Lane<br>Jasper, AL  35504 | 250.0000 |
| Walter M Czura | P.O. Box 6567<br>Hilton Head, SC  29938 | 22,291.0000 |
| Shirley D Capps | 5510 US Highway 29<br>Banks, AL  36005 | 200.0000 |
| Mary Sue Cochran | 107 Chunn Avenue<br>Union Springs, AL  36089 | 50.0000 |
| Marsha S Daniel | 619 Lorena Court<br>Pike Road, AL  36064 | 500.0000 |
| Brian Daniels | 210 Lincoln Street SE<br>Huntsville, AL  35801 | 187.0000 |

| | | |
|---|---|---|
| James L Dewar Jr | 2409 Bemiss Road<br>Valdosta, GA  31602 | 12,500.0000 |
| Scott Donaldson | 1633 Marshside Drive<br>Jacksonville Beach, FL  32250 | 450.0000 |
| Emily Davenport | 317 Edgewood Boulevard<br>Birmingham, AL  35209 | 166.0000 |
| Barbara W Dickey | 813 Linwood Circle<br>Birmingham, AL  35222 | 250.0000 |
| John W Dowless | P. O. Box 3328<br>North Myrtle Beach, SC  29582 | 2,500.0000 |
| Glen F Davis | 3270 Radcliff Road<br>Sarahland, AL  36571 | 12,500.0000 |
| Lynn W Dolyniuk | 16 Indian Cove Road<br>Augusta, GA  30909 | 250.0000 |
| Kay Dunlap | 252 Warwick Lane<br>Alabaster, AL  35007 | 2,500.0000 |
| Elizabeth F Dawson & John B Dawson Jr Trustees | For Dawson Trusts U/A Dtd 05/16/91<br>P. O. Box 1319<br>Pawleys Island, SC  29585 | 1,250.0000 |
| Randy Dolyniuk | 68 N Calibogue Cay<br>Hilton Head, SC  29928 | 111,362.0000 |
| Chris Eaton | 8444 Middleton Circle<br>Harrisburg, NC  28205 | 2,500.0000 |
| John S Deberry | 179 S Coit Street<br>Florence, SC  29501 | 2,500.0000 |
| Hal G Donaldson | 3850 River Oaks Road<br>Millbrook, AL  36054 | 250.0000 |
| Rick F Elliot | 401 Sea Mountain Highway N<br>Myrtle Beach, SC  29582 | 1,250.0000 |
| Kellon K Ellison & Howard C Ellison Jt Ten | 5860 Mockingbird Lane<br>Pinson, AL  35126 | 5,000.0000 |
| J Simon Fraser and Marilyn P Fraser Jt Ten | 4 W Willow Oak<br>Hilton Head Island, SC  29928 | 6,250.0000 |

| | | |
|---|---|---|
| Thomas A Gibson | 527 Winn Road<br>Scottsboro, AL  35769 | 6,250.0000 |
| Joe Elmore | 611 Tremont Drive<br>Birmingham, AL  35216 | 1,250.0000 |
| James O Frye TTEE | The James O Frye Trust<br>Dtd December 26 2007<br>2479 River Bluff Lane<br>Mt Pleasant, SC  29466 | 7,500.0000 |
| Tony Gibson | 102 South Baskin Street<br>Union Springs, AL  36089 | 12,500.0000 |
| William R Finney | 5516 Easton Lane<br>Northport, AL  35475 | 1,250.0000 |
| Jack K Gardner | 310 Forkwood Trail<br>Woodstock, GA  30189 | 2,500.0000 |
| Wiley T Gibson & Becky Gibson Jt Ten | 102 South Baskin Street<br>Union Springs, AL  36089 | 2,500.0000 |
| Dennis Keith Fortson | 333 Fox Hollow Road<br>Jackson, GA  30233 | 8,500.0000 |
| Mark Garlington & Sherry Garlington Jt Ten | 128 Maple Trace<br>Birmingham, AL  35244 | 6,250.0000 |
| Eleanor Anne Gillespie | 733 Kipling Drive<br>Columbia, SC  29205 | 19,250.0000 |
| Raymond M Foushee & Christine M Foushee Jt Ten | 124 Brookshire Lane<br>Pelham, AL  35124 | 2,500.0000 |
| Chris A Gattina & Rosa Lee Gattina Jt Ten | 1020 Haviland Drive<br>Birmingham, AL  35216 | 1,250.0000 |
| Lauren M Graffeo | 307 Tutwiler Drive<br>Trussville, AL  35173 | 125.0000 |
| Melissa Grelier | 17 Castle Down Drive<br>Huntsville, AL  35802 | 187.0000 |
| R I Gulledge Cust Charles Patrick Gulledge UTMA/AL | P.O. Box 846<br>Robertsdale, AL  36567 | 9,375.0000 |
| Michael W Hambrick & Dianne O Hambrick Jt Ten | 1413 Lagoon Park Circle<br>Mt Pleasant, SC  29466 | 1,750.0000 |

| | | |
|---|---|---|
| Paul D Griffin | 4212 Caldwell Mill Road<br>Birmingham, AL  35243 | 5,000.0000 |
| R I Gulledge Cust Robert I Gulledge III UTMA/AL | P.O. Box 846<br>Robertsdale, AL  36567 | 9,375.0000 |
| Robert Grey Hammett Jr & Kimberly Hammett Jt Ten | 7129 Woodstock Drive<br>Baton Rouge, LA  70809 | 25,000.0000 |
| Jacqueline E Guice | 2311 Springdale Road SE<br>Decatur, AL  35601 | 2,500.0000 |
| Robert S Guyton | P. O. Box 7233<br>Myrtle Beach, SC  29572 | 572.0000 |
| William M Harvill | Intermark Group<br>101 25th Street N<br>Suite 102<br>Birmingham, AL  35203 | 500.0000 |
| R I Gulledge Cust Angela Elizabeth Gulledge UTMA/AL | P.O. Box 846<br>Robertsdale, AL  36567 | 9,375.0000 |
| John W Haley | C/O Hare Wynn Newell & Newton<br>2025 Third Avenue North<br>Birmingham, AL  35203 | 1,250.0000 |
| George Copeland Hawkins IV | 3413 Watertown Place<br>Birmingham, AL  35243 | 250.0000 |
| R I Gulledge Cust Braedon Wynn Gulledge UTMA/AL | P.O. Box 846<br>Robertsdale, AL  36567 | 9,375.0000 |
| Barbara Hall | 15540 Highway 29<br>Union Springs, AL  36089 | 500.0000 |
| Susan Everett Hawkins | 1715 Tower Road #1406<br>Saphire, NC  28774 | 2,500.0000 |
| Betty Henson | 350 Lake Tanisha Drive<br>Dallas, GA  30157 | 5,000.0000 |
| Keith C Hinson Custodian | For Christopher Keith Hinson<br>Under SC Unif Gift Min Act<br>5 Nelson Court<br>Myrtle Beach, SC  29572 | 250.0000 |
| Carole Hoemeke | 4025 Bridle Ridge Drive<br>Suwanee, GA  30024 | 285.0000 |

| | | |
|---|---|---|
| Mary Kathryn Henson | 318 Greenridge Road<br>Cartersville, GA  30120 | 1,250.0000 |
| Keith C Hinson Custodian | For Kaitland Elizabeth Hinson<br>Under SC Unif Gift Min Act<br>5 Nelson Court<br>Myrtle Beach, SC  29572 | 250.0000 |
| Chelsea Faye Hudson | 102 River Valley Trail<br>Kathleen, GA  31047 | 100.0000 |
| Stephen M Hepler | 254 Blockade Drive<br>Pawleys Island, SC  29585 | 2,500.0000 |
| Kathryn Brook Hinson | 5 Nelson Court<br>Myrtle Beach, SC  29572 | 250.0000 |
| Kristin Marie Hudson | 102 River Valley Trail<br>Kathleen, GA  31047 | 100.0000 |
| Carl M Hill | 1415 Melchor Road<br>Albemarle, NC  28001 | 500.0000 |
| Darlene Hixon | 13348 County Road 8<br>Banks, AL  36005 | 1,000.0000 |
| Ingram & Associates Inc. | 1906 Cahaba Road<br>Birmingham, AL  35223 | 2,500.0000 |
| Robert Hill | 2605 Ornamental Lane<br>Birmingham, AL  35226 | 2,750.0000 |
| Robert B Hodde & Hester G Hodde Jt Ten | P.O. Box 6688<br>Hilton Head Island, SC  29938 | 1,250.0000 |
| Edward W Inscho and Carolyn B Inscho Jt Ten | 3482 Lonesome Pine Court<br>Martinez, GA  30907 | 50.0000 |
| Lynn W Jinks III | P. O. Box 350<br>Union Springs, AL  36089 | 750.0000 |
| Timothy Miller Kreider | 1804 Forrest Haven Lane<br>Birmingham, AL  35216 | 2,000.0000 |
| R T Lee | 248 Monterrey Place<br>Birmingham, AL  35216 | 10,000.0000 |
| Jeff A Jones | 3452 South Brookwood Road<br>Birmingham, AL  35223 | 2,500.0000 |

| | | |
|---|---|---|
| Admah Lanier | 3925 Scotts Hill Loop Road<br>Wilmington, SC 28405 | 12,500.0000 |
| Greg L Lee | 2211 Southwood Road<br>Birmingham, AL 35216 | 121,750.0000 |
| Stephen A Jones | 725 Bluff Creek Club Road<br>Quinton, AL 35310 | 10,295.0000 |
| Walter N Lawson Jr | 1015 Park Avenue<br>Florence, SC 29501 | 3,750.0000 |
| Tim Leigh | 102 Woodridge Drive<br>Sheffield, AL 35660 | 1,250.0000 |
| Willis Young Jordan III | 965 Shades Crest Road<br>Birmingham, AL 35226 | 250.0000 |
| Cyndy Lee | 248 Monterey Place<br>Birmingham, AL 35216 | 1,250.0000 |
| Joann M Lewis | 4400 Hazelwood Road<br>Adamsville, AL 35005 | 322.0000 |
| Karen King | 603 E. Second Street<br>Sheffield, AL 35660 | 1,250.0000 |
| Greg Lee | 2211 Southwood Road<br>Birmingham, AL 35216 | 587.0000 |
| Marilyn Lewis | 4400 Hazelwood Road<br>Adamsville, AL 35005 | 69.0000 |
| Robert Lewis | 4400 Hazelwood Road<br>Adamsville, AL 35005 | 694.0000 |
| David E Long | 3 Prestwick Trace<br>Birmingham, AL 35242 | 3,497.0000 |
| Mary T Mabry | 5051 Eubanks Road<br>Woodstock, GA 30188 | 500.0000 |
| Walter D Lewis | 584 Aradon Drive<br>Odenville, AL 35201 | 10,000.0000 |
| Thomas Long | 3121 Vintage Way<br>Moody, AL 35004 | 11,000.0000 |
| Charles O Maddox Jr | P. O. Box 788<br>Winder, GA 30680 | 25,000.0000 |

| | | |
|---|---|---|
| S Michael Little | 145 Post House Trail<br>Pooler, GA  31322 | 1,250.0000 |
| Tommy E Looper | 5805 Canterbury Lane<br>Myrtle Beach, SC  29577 | 12,500.0000 |
| James W Mahaffey Jr | P.O. Box 570<br>Union Springs, AL  36089 | 500.0000 |
| E Claire Livingston | P.O. Box 1346<br>Dublin, GA  31040 | 12,500.0000 |
| Helen Lopez | 6026 Olive Grove Drive<br>Corpus Christi, TX  78414 | 62.0000 |
| Feliz Neil Maxwell | 714 Oak Tree Drive<br>Chelsea, AL  35043 | 100.0000 |
| David E Long & Carla D Long Jt Ten | 3 Prestwick Trace<br>Birmingham, AL  35242 | 107,500.0000 |
| T L Lovett Jr & Jane K Lovett Jt Ten | 616 West Elm Street<br>P.O. Box 388<br>Wrightsville, GA  31096 | 500.0000 |
| Charles B McElveen & Lynn G McElveen Jt Ten | 311 West Godbold Street<br>Marion, SC  29571 | 12,500.0000 |
| Linda Melton | 3110 Rocky River Road So<br>Monroe, NC  28112 | 125.0000 |
| John J Moran | 950 48th Avenue North<br>Suite 203<br>Myrtle Beach, SC  29577 | 110,000.0000 |
| NCS/R&S Capps Corporation | Attn: President<br>1254 Broad Street<br>Augusta, GA  30901 | 250.0000 |
| Stephen W & Pamela N Melton Jt Ten | 1406 Crown Forest Lane<br>Monroe, NC  28112 | 500.0000 |
| John J Moran Custodian | For John P Moran II UGMA/SC<br>5709 Longleaf Drive<br>Myrtle Beach, SC  29577 | 5,000.0000 |
| R L Newsom & Mary H Newsome Jt Ten | 332 West Elm Street<br>P.O. Box 388<br>Wrightsville, GA  31096 | 500.0000 |

| | | |
|---|---|---:|
| Tim W Melton & Shelby S Melton Jt Ten | 8209 Victoria Lake Drive<br>Waxhaw, NC  28173 | 10,125.0000 |
| John J Moran Custodian | For Kathryn A Moran UGMA/SC<br>5709 Longleaf Drive<br>Myrtle Beach, SC  29577 | 5,000.0000 |
| Nexity Financial Corp (Treasury) | 3500 Blue Lake Drive<br>Suite 330<br>Birmingham, AL  35243 | 974,286.0000 |
| Paul Miller | 3812 Timberline Way<br>Birmingham, AL  35243 | 23,750.0000 |
| Michael F Moran | 11622 Chestnut Hill Drive<br>Matthews, NC  28105 | 5,000.0000 |
| W Gairy Nichols III | C/O Dunes Realty<br>128 Atlantic Avenue<br>Garden City Beach, SC  29576 | 12,500.0000 |
| Trudy M Moore | 4 Morningstar Court<br>Irmo, SC  29063 | 500.0000 |
| George Mullen | P. O. Box 5969<br>Hilton Head Island, SC  29938 | 25,000.0000 |
| J Edward Norris III & Mary Lucia Norris Jt Ten | 4598 Carriage Run<br>Murrells Inlet, SC  29576 | 500.0000 |
| James L North | 700 Title Building<br>300 21st Street North<br>Birmingham, AL  35203 | 1,250.0000 |
| R C Patel & Mukesh Patel Jt Ten | 2100 Parklake Drive<br>Atlanta, GA  30345 | 25,000.0000 |
| Robert B Porter | 5336 Dunnavant Valley Cove<br>Birmingham, GA  35242 | 5,000.0000 |
| Greg O'Conner | 2864 Forest Hill Irene Road<br>Germantown, TN  38139 | 500.0000 |
| Sally S Peek | 754 East College Street<br>Griffin, GA  30224 | 8,333.0000 |
| William H Porter | 5333 Dunnavant Valley Cove<br>Birmingham, AL  35242 | 5,000.0000 |

| | | |
|---|---|---|
| Dight Olliff & Carrie Olliff Jt Ten | 8 Loggerhead Court<br>Hilton Head Island, SC 29926 | 12,500.0000 |
| Jonathan Piazza | 4545 Little Ridge Drive<br>Birmingham, AL 35242 | 187.0000 |
| Patrick Jay Postma | 4614 Ellisbury Drive<br>Dunwoody, GA 30338 | 8,000.0000 |
| William F Paine | 207 Village Springs Lane<br>Hendersonville, NC 28739 | 3,500.0000 |
| Caroline V Ponsford | 827 Sims Avenue<br>Birmington, AL 35213 | 25,000.0000 |
| Leonard Potter | 535 Glenwyn Drive<br>Littlestown, PA 17340 | 400.0000 |
| Yates S Palmer | 2601 Sharon Road<br>Charlotte, NC 28211 | 1,250.0000 |
| Mary Gail Porter | 1236 Berwick Road<br>Birmingham, AL 35242 | 5,000.0000 |
| John V Powell | Route 3 Box 1060<br>Wrightsville, GA 31096 | 1,000.0000 |
| Randy Puryear | 609 Levert Lane<br>Trussville, AL 35173 | 1,250.0000 |
| Roger L. Redmond Jr. & Stephanie Oliver Jt Ten | C/O Nexity Bank<br>311 Poinciana Drive<br>Birmingham, AL 35209 | 5,000.0000 |
| Derek L. Rider & Allison R. Rider Jt Ten | 315 Spring Hill Lane<br>Mt. Pleasant, SC 29464 | 125.0000 |
| Paul D. Ratliff & Jeanette Ratliff Jt Ten | 7595 Co Road 28<br>Clanton, AL 35046 | 4,125.0000 |
| R&T Co as Exch Agent for Unex Shs of Nexity Fin'l #4775 | 10 Commerce Drive<br>Cranford, NJ 07016 | 63,376.0000 |
| Theodore D. Riley | 1901 Assembly Street<br>Suite 390<br>Cola, SC 29201 | 250.0000 |
| Judith Rau | 119 E Mill Street<br>Waterloo, IL 62298 | 250.0000 |

| | | |
|---|---|---|
| Richard P. Reichel | 24 Widewater Road<br>Hilton Head Island, SC  29926 | 10,000.0000 |
| Victoria M. Robinson | P.O. Box 723<br>Newton, NC  28658 | 1,250.0000 |
| Jennifer Sholund Ray | 2200 Shady Dell Lane<br>Birmingham, AL  35216 | 625.0000 |
| Robert M. Reichel | 9 Widewater Road<br>Hilton Head Island, SC  29926 | 16,250.0000 |
| Charles J. Rogers III | 121 Rutledge Road<br>Greenwood, SC  29649 | 2,500.0000 |
| Roger Redmond | 311 Poinciana Drive<br>Birmingham, AL  35209 | 5,000.0000 |
| MLPF & S Cust FBO Robert M. Reichel<br>IRA | 9 Widewater Road<br>Hilton Head Island, SC  29926 | 5,000.0000 |
| Christopher A. Rogers | 121 Rutledge Road<br>Greenwood, SC  29649 | 250.0000 |
| Sally E. Rogers | 121 Rutledge Road<br>Greenwood, SC  29649 | 10,000.0000 |
| Cindy Russo | 433 Woodward Road<br>Trussville, AL  35173 | 562.0000 |
| Robert H. Seawell Cust Samuel Holmes<br>Seawell | Under the Al Unif Tran Min Act<br>810 Pinewood Court<br>Daphne, AL  36526 | 500.0000 |
| Thomas J. Rogers | 1761 Cliffwood Drive<br>Myrtle Beach, SC  29572 | 12,500.0000 |
| Leo Russo | 135 Fairlane Drive<br>Trussville, AL  35173 | 2,500.0000 |
| W. B. Seddinger | P.O. Box 3633<br>N. Myrtle Beach, SC  29582 | 1,250.0000 |
| Tracy L. Rogers | 121 Rutledge Road<br>Greenwood, SC  29649 | 2,500.0000 |
| Joseph T. Sample | Box 388<br>Garner, NC  27529 | 550.0000 |

| | | |
|---|---|---|
| Patricia H. Sholund | 3217 Tyrol Road<br>Vestavia Hills, AL  35216 | 375.0000 |
| Jeffrey Rosenberg & Sally Rosenberg Jt Ten | 6729 Corsica Drive<br>Memphis, TN  38120 | 2,500.0000 |
| Joseph T. Sample | Box 388<br>Garner, NC  27529 | 1,000.0000 |
| Chad A. Shultz | 1920 Lancaster Drive<br>Conyers, GA  30013 | 1,666.0000 |
| Joseph G. Ross & Sandra B. Ross Jt Ten | 2516 Aspen Cove Circle<br>Vestavia Hills, AL  35243 | 2,500.0000 |
| Phillip R. Sams | 9167 Pinnacle Court<br>Naples, FL  34113 | 375.0000 |
| Roseanne Sims | 800 Gordon Combs Road<br>Marietta, GA  30064 | 1,500.0000 |
| Denise N. Slupe and Frank L. Slupe III Jt Ten Wros | 453 Sunset Drive<br>Birmingham, AL  35216 | 113,250.0000 |
| Robert Sorrell | 2709 Watkins Glenn Drive<br>Vestavia Hills, AL  35216 | 12,500.0000 |
| Sara C. Springs | 420 Dunes Drive<br>Myrtle Beach, SC  29572 | 3,750.0000 |
| Denise Slupe | 453 Sunset Drive<br>Birmingham, AL  35216 | 663.0000 |
| South Street Financial Corporation | P.O. Box 489<br>Albemarle, NC  28002 | 15,000.0000 |
| Wilson B. Springs | P.O. Box 246<br>Myrtle Beach, SC  29578 | 18,750.0000 |
| Clyde A. Smith | P.O. Box 323<br>8375 Labaron Avenue<br>Citronelle, AL  36522 | 1,250.0000 |
| Southwest Bancshares Inc. | 210 Court Street<br>Chatom, AL  36518 | 18,750.0000 |
| Thomas A. Staats, Jr. | 30 Chapin Circle<br>Myrtle Beach, SC  29572 | 1,000.0000 |

| | | |
|---|---|---|
| Pierce M. Smith & Anne R. Smith Jt Ten | 180 Flowing Spring Trail<br>Roswell, GA  30075 | 125.0000 |
| J. Daniel Speight Jr. & Robby West Speight Jt Ten | 1855 Liberty Church Road<br>Pinehurst, GA  31070 | 12,500.0000 |
| Starboard Fund for New Bancs A Partnership | 550 W. Jackson Boulevard<br>Suite 1400<br>Chicago, IL  60661 | 255,000.0000 |
| William T. Smithdeal III | 1555 Heatherstone Drive<br>Fredericksburg, VA  22407 | 500.0000 |
| Julien Springs & John Springs TTEES | Holmes B. Springs Irrevocable Trust<br>U/A Dtd 12/30/98<br>606 Stableford Court<br>Myrtle Beach, SC  29577 | 750.0000 |
| Douglas Dwight Stokes & Susan Hopkins Stokes Jt Ten | 1009 Ridge Street<br>Albemarle, NC  28001 | 1,000.0000 |
| Robert F. Stratton & Sharon Stratton Jt Ten | 6801 Rosemary Lane<br>Charlotte, NC  28210 | 25,000.0000 |
| William L. Thornton III | Two Easy Street<br>Birmingham, AL  35223 | 104,750.0000 |
| Deborah L. Tyler | 3001 Burkwood Road<br>Fultondale, AL  35068 | 2,500.0000 |
| J. Roddy Swaim | 460 Rum Gully Road<br>Murrells Inlet, SC  29576 | 12,500.0000 |
| William L. Thornton III Trustee Lauren Elizabeth Thornton | Trust U/A Dtd October 22, 1999<br>Two Easy Street<br>Birmingham, AL  35223 | 6,250.0000 |
| UFD LLC | P.O. Box 429<br>St. Petersburg, FL  33731 | 125,000.0000 |
| Mary T. Mabry Trustee Harriette A. P. Tappan Trust | 5051 Eubanks Road<br>Woodstock, GA  30188 | 625.0000 |
| Dan Ray Timmerman | P.O. Box 1155<br>Conover, NC  28613 | 1,000.0000 |
| USAL | 104 Hardaway Avenue East<br>Union Springs, AL  36089 | 62,500.0000 |

| | | |
|---|---|---|
| The Hart Group | Attn:  Rick Hart<br>1100 Belle Meade Boulevard<br>Nashville, TN  37205 | 12,500.0000 |
| Marcus P. Tomlinson | P.O. Box 2401<br>Alabaster, AL  35007 | 1,875.0000 |
| J. D. Vanlandingham Sr & Sandra<br>Vanlandingham Jt Ten | P. O. Box 386<br>Wrightsville, GA  31096 | 500.0000 |
| Jennifer Thompson | 4032 River Walk Lane<br>Birmingham, AL  35216 | 500.0000 |
| Tommy Truss | 1455 County Road 753<br>Clanton, AL  35045 | 1,250.0000 |
| Joe M. Varner, Jr. | 516 Country Club Drive<br>Union Springs, AL  36089 | 1,500.0000 |
| Alan R. Vassey | 55 Central Park Drive<br>Hapeville, GA  30354 | 250.0000 |
| Andrew J. Virciglio | 2121 Southwood Road<br>Birmingham, AL  35216 | 12,500.0000 |
| Donald Webb & Virginia Webb Jt Ten | 271 Wynn Haven Circle<br>Scottsboro, AL  35769 | 6,250.0000 |
| Ken T. Vassey | 730 East Shore Drive<br>Canton, GA  30114 | 18,125.0000 |
| Stanley R. Virciglio | 3000 Montgomery Highway<br>Birmingham, AL  35209 | 2,500.0000 |
| Mark Weisenfeld | 2101 Royal Fern Lane<br>Birmingham, AL  35244 | 1,000.0000 |
| Terry H. Vassey & Margaret T. Vassey Jt<br>Ten | 280 North Farm Drive<br>Alpharetta, GA  30004 | 500.0000 |
| Phillip Waggett | 8226 Matson Circle<br>Trussville, AL  35173 | 630.0000 |
| Erin Wells | 135 Sunset Lake Drive<br>Chelsea, AL  35043 | 417.0000 |
| David Vickery & Janice Vickery Jt Ten | 2707 Forest Drive<br>Moody, AL  35004 | 125.0000 |

| | | |
|---|---|---|
| Michael Waters | 13 Montevallo Lane<br>Birmingham, AL  35213 | 1,250.0000 |
| Susan White | 2304 Blue Ridge Drive NW<br>Leeds, AL  35094 | 62.0000 |
| Joshua D. Vickery | 2707 Forest Drive<br>Moody, AL  35004 | 13.0000 |
| Billy Frank Webb and Connie R. Webb Jt<br>Ten | P.O. Box 1503<br>Huntsville, AL  35807 | 4,500.0000 |
| Wrightsville Bancshares Inc. | 110 Bradford Street<br>P.O. Box 320<br>Wrightsville, GA  31096 | 12,500.0000 |
| WXUP Investments LP | 474 Brooks Road<br>Brooks, GA  30205 | 5,000.0000 |

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | )    Chapter 11 |
| | ) |
| Nexity Financial Corporation, | )    Case No. 10-_____ (____) |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |

## DECLARATION CONCERNING THE DEBTOR'S LIST
## OF EQUITY SECURITY HOLDERS

      I, Greg L. Lee, Chief Executive Officer of Nexity Financial Corporation, declare under penalty of perjury that I have reviewed the foregoing List of Equity Security Holders and that the information contained therein is true and correct to the best of my information and belief.

Dated: July 22, 2010
      Birmingham, Alabama

                                   _____

Name: Greg L. Lee
Title:   Chief Executive Officer of Nexity Financial Corporation

# NEXITY FINANCIAL CORPORATION
## RESOLUTIONS OF BOARD OF DIRECTORS

I, Greg L. Lee, a duly authorized officer of Nexity Financial Corporation, a Delaware corporation (the "Company"), hereby certify that the following resolutions (the "Resolutions") were duly adopted by the vote and consent of all of the Directors of the Company (the "Board") at its meeting of the Board of Directors of the Company held on July 21, 2010 in accordance with the requirements of the Delaware General Corporation Law and that said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

WHEREAS, the Board has determined that it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

NOW, THEREFORE, BE IT

RESOLVED, that each of the President, Chief Executive Officer, Treasurer, or Secretary of the Company and any other person designated and so authorized to act (each, an "Authorized Officer") be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify the petition and amendments thereto under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time as the Authorized Officer executing the petition shall determine; and it is further

RESOLVED, that the law firm of Richards, Layton & Finger, P.A., be, and hereby is, employed as attorneys for the Company under a general retainer in the chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the chapter 11 case; and it is further

RESOLVED, that each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, as the case may be, to: (i) negotiate, execute, deliver and/or file any and all of the agreements, documents and instruments referenced herein, and such other agreements, documents and instruments and assignments thereof as may be required or as such Authorized Person or designated officer deems appropriate or advisable, or to cause the negotiation, execution and delivery thereof, in the name and on behalf of the Company, as the case may be, in such form and substance as such Authorized Person or designated officer may approve, together with such changes and amendments to any of the terms and conditions thereof as such Authorized Person or designated officer may approve, with the execution and delivery thereof on behalf of the Company by or at the direction of such Authorized Person or designated officer to constitute evidence of such approval, (ii) negotiate, execute, deliver and/or file, in the name and on behalf of the Company any and all agreements, documents, certificates, consents, filings and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and

supplements to any of the foregoing, and to take such other actions as may be required or as such Authorized Person or designated officer deems appropriate or advisable in connection therewith, and (iii) do such other things as may be required, or as may in their judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated thereby.

RESOLVED, that any and all past actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, I have duly executed these Resolutions this 21st day of July, 2010.

Name:  Greg L. Lee
Title:    Chief Executive Officer of Nexity
Financial Corporation