IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                          :   Chapter 11
                                               :
NEXITY FINANCIAL CORPORATION,[1]               :   Case No. 10-12293 (KJC)
                                               :
                     Debtor.                   :
---------------------------------------------------------------x

## NOTICE OF (I) FILING OF BANKRUPTCY PETITION AND RELATED PLEADINGS AND (II) FIRST DAY HEARING THEREON

**DATE AND TIME OF HEARING:** July 23, 2010 at 11:00 a.m. (prevailing Eastern Time)

**LOCATION:** UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6th FLOOR, COURTROOM 2, WILMINGTON, DELAWARE 19801

**PLEASE TAKE NOTICE** that, on July 22, 2010, Nexity Financial Corporation (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

**PLEASE TAKE FURTHER NOTICE** that, in addition to the filing of the voluntary petition, the Debtor has filed the following first day motions and related pleadings (collectively, the "First Day Pleadings"):

A.   First Day Declaration

   1.   Declaration of Greg L. Lee in Support of Debtor's Chapter 11 Petition and Request for First Day Relief [Docket No. 6 - filed July 22, 2010]

B.   First Day Motions

   1.   Debtor's Motion for Entry of an Order (I) Authorizing Debtor to Continue Use of Cash Management System, Bank Accounts and Business Forms, (II) Authorizing Debtor to Continue Engaging in Ordinary Course Intercompany Transactions and

---

[1] The last four (4) digits of the Debtor's federal identification number are 2937. The Debtor's principal place of business is located at 3680 Grandview Parkway, Suite 200, Birmingham, Alabama 35243.

(III) Extending Debtor's Time to Comply with Section 345 of the Bankruptcy Code [Docket No. 3 - filed July 22, 2010]

2. Debtor's Motion Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure and Local Rule 1007-1 for an Order (I) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, Lists of Equity Security Holders, Schedules of Current Income and Expenditures and Statements of Financial Affairs, and (II) Waiving the Requirements to File Same Upon Confirmation of the Prepackaged Plan of Reorganization [Docket No. 4 - filed July 22, 2010]

3. Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a), 1125, 1126, and 1128, and Fed. R. Bankr. P. 2002, 3017, 3018, and 3020 for Entry of an Order (I) Scheduling a Combined Hearing to Consider Approval of Disclosure Statement, Solicitation Procedures and Form of Ballots, and Confirmation of Debtor's Prepackaged Plan of Reorganization and Establishing Objection Deadlines with Respect Thereto; (II) Approving the Form and Manner of Notice of Commencement of this Chapter 11 Case, Combined Hearings, Related Deadlines, and Assumption and Rejection of Executory Contracts and Unexpired Leases Pursuant to Debtor's Prepackaged Plan of Reorganization; and (III) Granting Related Relief [Docket No. 5 - filed July 22, 2010] (the "Scheduling Motion")

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") with respect to the First Day Motions is scheduled for **July 23, 2010 at 11:00 a.m. (prevailing Eastern Time)** at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801 before The Honorable Peter J. Walsh, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Pleadings may be made orally at the First Day Hearing.

**PLEASE TAKE FURTHER NOTICE** that, the Debtor has also filed (i) the *First Amended Prepackaged Plan of Reorganization of Nexity Financial Corporation Under Chapter 11 of the Bankruptcy Code* [Dkt. No. 7 - filed July 22, 2010] (the "Prepackaged Plan"), (ii) the *Disclosure Statement Relating to the Prepackaged Plan of Reorganization of Nexity Financial Corporation Under Chapter 11 of the Bankruptcy Code* [Dkt. No. 8 - filed July 22,

2

2010] (the "Disclosure Statement") and (iii) the *Certification of Drew G. Sloan of Richards, Layton & Finger, P.A. with Respect to the Tabulation of Votes on the First Amended Prepackaged Plan of Reorganization of Nexity Financial Corporation Under Chapter 11 of the Bankruptcy Code* [Dkt. No. 9 - filed July 22, 2010]. In connection with the Scheduling Motion, the Debtor will be seeking certain relief at the First Day Hearing relating to, among other things, (i) the scheduling of a combined hearing (the "Combined Hearing") to consider approval of the Disclosure Statement and the Prepackaged Plan, (ii) approving solicitation procedures, including the form of ballots, for voting on the Prepackaged Plan and (iii) approving the form of notice of the Combined Hearing. The Debtor will not be seeking approval of the Prepackaged Plan and Disclosure Statement at the First Day Hearing.

Dated: July 22, 2010
       Wilmington, Delaware

                                  Respectfully submitted,

                                  Mark D. Collins (No. 2981)
                                  Michael J. Merchant (No. 3854)
                                  Drew G. Sloan (No. 5069)
                                  RICHARDS, LAYTON & FINGER, P.A.
                                  One Rodney Square
                                  920 North King Street
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 651-7700
                                  Facsimile: (302) 651-7701

                                  *Proposed Counsel for Debtor*
                                  *and Debtor in Possession*