# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Nexity Financial Corporation | | |
| **Case Number:** | 10-12293-KJC | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, JULY 23, 2010 11:00 AM | CRT#2, 6TH FL. | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

## *Matter:*

First Day Motions

**R / M #:**   12 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.

Agenda Items:

#1 - Interim Order signed - Final hearing on 8/27/10 @ 11:00 a.m.

#2 - Order signed

#3 - Order signed - Combined hearing to consider the Disclosure Statement, Solicitation Procedures and Form of Ballots, and Confirmation has been scheduled for 8/27/10 @ 11:00 a.m.

7/23/2010    11:56:51AM