

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                        : Chapter 11
                                             :
NEXITY FINANCIAL CORPORATION,[1]             : Case No. 10-12293 (KJC)
                                             :
                        Debtor.              : Re: Docket No. 5
                                             :
---------------------------------------------------------------x

## ORDER (I) SCHEDULING A COMBINED HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT, SOLICITATION PROCEDURES AND FORM OF BALLOTS, AND CONFIRMATION OF DEBTOR'S PREPACKAGED PLAN OF REORGANIZATION AND ESTABLISHING OBJECTION DEADLINES WITH RESPECT THERETO AND (II) APPROVING THE FORM AND MANNER OF NOTICE OF COMMENCEMENT OF THIS CHAPTER 11 CASE, COMBINED HEARINGS, RELATED DEADLINES, AND ASSUMPTION AND REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO DEBTOR'S PREPACKAGED PLAN OF REORGANIZATION

Upon the motion (the "Motion"),[2] of Nexity Financial Corporation (the "Debtor"), as a debtor and debtor in possession in the above-captioned chapter 11 case, pursuant to sections 105(a), 1125, 1126, and 1128 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 3018, and 3020 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for entry of an order, among other things, (i) scheduling a combined hearing (the "Combined Hearing") to consider (a) the approval of the Disclosure Statement, the prepetition solicitation of votes to accept or reject the Prepackaged Plan (the "Solicitation Procedures") and the forms of ballots (the "Ballots") and (b) confirmation of the Prepackaged Plan, including any proposed amendments or modifications to the Prepackaged Plan; (ii) establishing the deadline to object to the adequacy of the Disclosure Statement, the

---

[1] The last four (4) digits of the Debtor's federal identification number are 2937. The Debtor's principal place of business is located at 3680 Grandview Parkway, Suite 200, Birmingham, Alabama 35243.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

RLF1 3592840v. 1

Solicitation Procedures, the Ballots, and confirmation of the Prepackaged Plan; (iii) authorizing and approving the form and manner of notice of the commencement of the Debtor's chapter 11 case, the Combined Hearing, and the assumption and rejection of executory contracts and unexpired leases pursuant to the Prepackaged Plan; and (iv) granting relief; and upon consideration of the *Declaration of Greg L. Lee in Support of the Debtor's Chapter 11 Petition and Request for First Day Relief*; and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and (iii) notice of the Motion was sufficient under the circumstances and no other or further notice need be provided; and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and determined that the relief requested in the Motion is in the best interests of the Debtor and its estate; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Combined Hearing to consider approval of the Disclosure Statement, approval of the Solicitation Procedures, approval of the Ballots, and confirmation of the Prepackaged Plan and any amendments or modifications thereto shall be held before this Court on August 27, 2010 at 11 : 00 a.m. (prevailing Eastern Time) or as soon thereafter as counsel may be heard.

3. Any objections to the adequacy of the Disclosure Statement, approval of the Solicitation Procedures, approval of the Ballots, confirmation of the Prepackaged Plan and any amendments or modifications thereto shall (i) be in writing, (ii) comply with the Bankruptcy Rules and the Local Rules of Bankruptcy Practice and Procedure of the United States

2

Bankruptcy Court for the District of Delaware, (iii) set forth the name of the objector, the nature and amount of any claim or interest asserted by the objector against the estate or property of the Debtor, (iv) state with particularity the legal and factual bases for such objection, and, if practicable, provide a proposed modification to the Prepackaged Plan or the Disclosure Statement that would resolve such objection, and (v) be served on the following parties so as to be actually received no later than **4:00 p.m. (prevailing Eastern Time) on August 24, 2010** (the "Objection Deadline"): (a) Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801 (Attn: Mark D. Collins, Esq.), proposed counsel for the Debtor, (b) the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"), 844 King Street, Suite 2207, Wilmington, Delaware 19801 (Attn: David Buchbinder, Esq.), (c) Nexity Financial Corporation, 3680 Grandview Parkway, Suite 200, Birmingham, Alabama 35243 (Attn: Greg L. Lee) and (d) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York, 10017 (Attn: Damian S. Schaible, Esq.), counsel to FBR Capital Markets & Co. (collectively, the "Notice Parties").

4. Any objections not timely filed and served in the manner set forth in this Order may not be considered and may be overruled.

5. Replies to objections received on or before the Objection Deadline, if any, shall be filed with the Court and served on the Notice Parties and the respective objectors so as to be actually received no later than **12:00 p.m. (noon) (prevailing Eastern Time) on August 26, 2010** (the "Reply Deadline").

6. Service of the Combined Notice, substantially in the form attached hereto as Exhibit 1, on or before July 27, 2010, complies with Bankruptcy Rules 2002 and 3017 and shall be deemed good and sufficient notice of (i) the commencement of the Debtor's

RLF1 3592840v. 1

chapter 11 case, (ii) the Prepackaged Plan, including without limitation, the classification and treatment of claims against, and equity interests in, the Debtor and the assumption and rejection of executory contracts and unexpired leases pursuant thereto, (iii) the date, time, and place of the Combined Hearing, and the deadline and procedures for interposing objections to the Disclosure Statement, the Solicitation Procedures, the Ballots, and confirmation of the Prepackaged Plan and proposed amendments or modifications to the Prepackaged Plan, and (iv) instructions for obtaining copies of the Disclosure Statement and the Prepackaged Plan, and no other or further notice need be given.

7. Notwithstanding Bankruptcy Rule 3017(d), the Debtor shall not be required to mail or otherwise transmit a copy of the Disclosure Statement or the Prepackaged Plan to any holder of a claim against, or equity interest in, the Debtor, provided that, a hard copy of the Prepackaged Plan shall be provided to any parties in interest upon written request to counsel for the Debtor.

8. The meeting pursuant to section 341(a) of the Bankruptcy Code shall not be convened, pursuant to section 341(e) of the Bankruptcy Code, unless the Prepackaged Plan is not confirmed by this Court within seventy-five (75) days after the Petition Date.

9. The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

10. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

RLF1 3592840v. 1

11. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: July 23, 2010
Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

5

RLF1 3592840v.1