IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                          : Chapter 11
                                               :
NEXITY FINANCIAL CORPORATION,[1]               : Case No. 10-12293 (KJC)
                                               :
                    Debtor.                    :
---------------------------------------------------------------x

## NOTICE OF RESCHEDULED HEARING TIME

PLEASE TAKE NOTICE that the start time of the hearing scheduled to be held in the above-captioned chapter 11 case on **May 3, 2011 at 3:00 p.m. (Eastern Daylight Time)** at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware, 19801 (the "Bankruptcy Court") has been rescheduled at the direction of the Bankruptcy Court to **3:30 p.m. (Eastern Daylight Time)**. Accordingly, all matters previously scheduled to be heard on May 3, 2011 at 3:00 p.m. (Eastern Daylight Time) will now be heard before The Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on **May 3, 2011 at 3:30 p.m. (Eastern Daylight Time).**

---

[1] The last four (4) digits of the Debtor's federal identification number are 2937. The Debtor's principal place of business is located at 3680 Grandview Parkway, Suite 200, Birmingham, Alabama 35243.

RLF1 3894542v. 1

Dated: March 11, 2011
      Wilmington, Delaware

Respectfully submitted,

/s/ *[signature]*

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel for Debtor
and Debtor in Possession*