IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                          :     Chapter 11
                                               :
NEXITY FINANCIAL CORPORATION,[1]               :     Case No. 10-12293 (KJC)
                                               :
               Debtor.                         :
---------------------------------------------------------------x

*AMENDED*[2] NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 3, 2011 AT 3:30 P.M.

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT.*

I  **INTERIM FEE APPLICATIONS:**

1.  Second Interim Fee Applications

    Related Documents:

    A.  Certification of Counsel Regarding Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 180 - filed April 29, 2011]

    Responses Received: See Exhibit A attached hereto.

    Status: **On April 29, 2011, a proposed form of order was filed under certification of counsel with respect to this matter. Accordingly, a hearing is only necessary if the Court has questions or concerns.**

---

[1] The last four (4) digits of the Debtor's federal identification number are 2937. The Debtor's principal place of business is located at 3680 Grandview Parkway, Suite 200, Birmingham, Alabama 35243.

[2] **Amended items appear in bold.**

Dated: April 29, 2011
Wilmington, Delaware

Respectfully submitted,

/s/ Drew G. Sloan

Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel for Debtor and Debtor in Possession*