# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re                                                        :  Chapter 11
:
NEXITY FINANCIAL CORPORATION,[1]                             :  Case No. 10-12293 (KJC)
:
            Debtor.                                          :  Re: Docket Nos. 189, 193, 208, 209, 212 & 235
:
---------------------------------------------------------------x

## REVISED CERTIFICATION OF COUNSEL REGARDING (I) MOTION OF THE DEBTOR AND DEBTOR IN POSSESSION FOR AN ORDER APPROVING THE STIPULATION BETWEEN THE DEBTOR AND THE FDIC REGARDING ALLOWANCE OF THE FDIC'S CAPITAL MAINTENANCE CLAIM AND (II) DEBTOR'S MOTION FOR ENTRY OF AN ORDER, PURSUANT TO SECTIONS 105(A) AND 1112(A) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 1017(F), CONVERTING ITS CHAPTER 11 CASE TO CASE UNDER CHAPTER 7 AS OF JUNE 30, 2011

The undersigned counsel on behalf of the above-captioned debtor (the "Debtor") hereby certifies as follows:

1. On May 20, 2011, the Debtor filed the (i) **Motion of the Debtor and Debtor in Possession for an Order Approving the Stipulation Between the Debtor and the FDIC Regarding Allowance of the FDIC's Capital Maintenance Claim** [Docket. No. 189] (the "9019 Motion") and (ii) **Debtor's Motion for Entry of an Order, Pursuant to Sections 105(a) and 1112(a) of the Bankruptcy Code and Bankruptcy Rule 1017(f), Converting its Chapter 11 Case to Case Under Chapter 7 as of June 30, 2011** [Docket. No. 193] (the "Conversion Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Court").

---

[1] The last four (4) digits of the Debtor's federal identification number are 2937. The Debtor's principal place of business is located at 3680 Grandview Parkway, Suite 200, Birmingham, Alabama 35243.

RLF1 4987938v. 1

2. On June 22, 2011, Bank of America, N.A. filed responses to the 9019 Motion and Conversion Motion [Docket Nos. 208 and 209]. Also on June 22, 2011, Wilmington Trust Company filed an objection to the 9019 Motion. [Docket No. 212].

3. The Court held a hearing on June 29, 2011 (the "Hearing") to consider the 9019 Motion and Conversion Motion.

4. On July 15, 2011, the Debtor filed a certification of counsel attaching proposed forms of order in connection with the Conversion Motion and the 9019 Motion [Docket No. 235] (the "Certification of Counsel"). After filing the Certification of Counsel, the Debtor provided copies of the proposed forms of order to the Office of the United States Trustee (the "U.S. Trustee"). The U.S. Trustee provided comments to the proposed form of order in connection with the Conversion Motion. Therefore, the Debtor has filed a notice of withdrawal of the Certification of Counsel.

5. Based on statements made by the parties at the Hearing, comments received from the U.S. Trustee, and in accordance with the directions of the Court, the Debtor hereby submits forms of order in connection with the 9019 Motion and the Conversion Motion.

6. Attached hereto as Exhibit A is a proposed form of order approving the relief sought in the Conversion Motion (the "Conversion Order"). Attached hereto as Exhibit B is a proposed form of order adjourning the evidentiary hearing on the 9019 Motion and memorializing the agreement of the parties as outlined at the Hearing with regard to the 9019 Motion (the "9019 Order" and together with the Conversion Order, the "Proposed Orders").

7. The Proposed Orders have been reviewed by (i) counsel to the Debtor, (ii) counsel to Bank of America, N.A., (iii) counsel to Wilmington Trust, and (iv) the U.S. Trustee.

WHEREFORE, the Debtor respectfully requests that the Court enter the Proposed Orders at its earliest convenience.

Dated: July 20, 2011
      Wilmington, Delaware

/s/
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Drew G. Sloan (No. 5069)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Counsel for Debtor and Debtor in Possession*