IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                    :   Chapter 7
                                         :
NEXITY FINANCIAL CORPORATION,[1]         :   Case No. 10-12293 (KJC)
                                         :
                        Debtor.          :   Re: Docket No. 189, 237
---------------------------------------------------------------x

## ORDER ADJOURNING HEARING ON MOTION OF THE DEBTOR AND DEBTOR IN POSSESSION FOR AN ORDER APPROVING THE STIPULATION BETWEEN THE DEBTOR AND THE FDIC REGARDING ALLOWANCE OF THE FDIC'S CAPITAL MAINTENANCE CLAIM

This case came before the Court on the motion (the "Motion")[2] of Nexity Financial Corporation, as debtor and debtor in possession (the "Debtor"), for an order, pursuant to sections 105(a) and 365(o) of the Bankruptcy Code and Bankruptcy Rule 9019, approving the stipulation (the "Stipulation") dated April 21, 2011, by and between the Debtor and the Federal Deposit Insurance Corporation in its corporate capacity (the "FDIC") and the Federal Deposit Insurance Corporation in its capacity as Receiver for Nexity Bank (the "FDIC-R"). Bank of America, N.A. filed a Response and Limited Objection to the Motion and Wilmington Trust Company, in its capacity as trustee for Nexity Capital Trust II and Nexity Capital Trust III ("WTC", and with the FDIC and FDIC-R, the "Parties"), filed an Objection to the Motion.

At a hearing on June 29, 2011, during which the Court converted the Debtor's case from a case pending under Chapter 11 of the Bankruptcy Code to a case pending under Chapter 7 of the Bankruptcy Code, the Court issued a number of instructions to the Parties, which are set forth below.

---

[1] The last four (4) digits of the Debtor's federal identification number are 2937. The Debtor's principal place of business is located at 3680 Grandview Parkway, Suite 200, Birmingham, Alabama 35243.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

IT IS HEREBY ORDERED THAT:

1. Consideration of the Motion is continued to an evidentiary hearing scheduled for August 17, 2011 at 1:30 p.m.

2. The Parties shall file supplemental briefs on the issue of the FDIC-R's alleged right of setoff, if necessary, by August 10, 2011. Briefs shall be submitted by simultaneous submission to the Court with a copy to chambers.

3. The Chapter 7 Trustee appointed in this proceeding (the "Trustee") shall have thirty days from June 29, 2011 to adopt the Debtor's position as to the Settlement Agreement with the FDIC and FDIC-R that is the subject of the Motion.

4. Nothing in this Order shall prohibit the Parties from extending the dates/deadlines set forth herein by agreement.

5. The status quo pertaining to the funds/funding of the Debtor's bank account shall be maintained until further order of the Court.

Dated: July 21, 2011
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE