IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re                                   : Chapter 11
                                        :
NEXITY FINANCIAL CORPORATION,[1]        : Case No. 10-12293 (KJC)
                                        :
    Debtor.                             :
                                        : Re: Docket No. 193, 2 37
---------------------------------------------------------------x

## ORDER, PURSUANT TO SECTIONS 105(a) AND 1112(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 1017(f), CONVERTING DEBTOR'S CHAPTER 11 CASE TO CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE AS OF JUNE 30, 2011

Upon consideration of the Motion (the "Motion")[2] of the debtor and debtor in possession in the above-captioned case (the "Debtor") for entry of an order, pursuant to sections 105(a) and 1112(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and Rule 1017(f) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), converting its chapter 11 case to a case under chapter 7 of the Bankruptcy Code and appointing a chapter 7 trustee for the Debtor; and the Court being satisfied that the conversion of this chapter 11 case to a chapter 7 case is in the best interests of the Debtor, its estate and creditors; and due and proper notice of the Motion having been given under the circumstances; and it appearing that no other or further notice need be given; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and that this is a core proceeding under 28 U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefor,

---

[1] The last four (4) digits of the Debtor's federal identification number are 2937. The Debtor's principal place of business is located at 3680 Grandview Parkway, Suite 200, Birmingham, Alabama 35243.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Pursuant to sections 105(a) and 1112(a) of the Bankruptcy Code and Bankruptcy Rule 1017(f), the chapter 11 case of Nexity Financial Corporation [Case No. 10-12293 (KJC)] is hereby converted to a case under chapter 7 of the Bankruptcy Code, effective as of the date of this Order (the "Conversion Date").

3. The Office of the United States Trustee shall appoint a chapter 7 trustee to oversee the Debtor's chapter 7 bankruptcy case.

4. To the extent not already done so, all professionals employed by the Debtor in this chapter 11 case shall file, within 30 days of the Conversion Date, a final fee application for approval of all fees and expenses incurred through the Conversion Date. No party seeking a substantial contribution claim against the Debtor's estate is required to file such request at this time.

5. The Debtor shall, to the extent it has not already done so,:(a) turn over to the chapter 7 trustee all records and property of the estate under its custody and control as required by Federal Rule of Bankruptcy Procedure ("FRBP") 1019(4), (b) within fifteen (15) days of the date of this Order, file a schedule of unpaid debts incurred after commencement of the superseded case including the name and address of each creditor, as required by FRBP 1019(5), (c) within fifteen (15) days of the date of this Order, file the statements and schedules required by FRBP 1019(1)(A) and 1007(b), and (d) within thirty (30) days of the date of this Order, file and transmit to the United States Trustee a final report and accounts as required by FRBP 1019(5)(A).

2

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July 21, 2011
      Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

3

RLF1 4185481v. 2
DB04/836898.0004/4742084.1