*Confidential*



# COMMUNITY CAPITAL ADVISORS

*Capital is the Bridge from Today to Tomorrow*

**Presentation to**
**South Atlantic Bancshares**
**January 31, 2013**

*Agenda*



➢ **Introduction & Summary**

➢ **Scope & Limitations of Valuation**

➢ **Valuation Methodologies**

- ▪ **Discounted Cash Flow (DCF) Analysis**
- ▪ **Comparable Public Company Analysis**
- ▪ **Recent Private Stock Trades**
- ▪ **Comparable Transaction Analysis**

➢ **Thoughts & Observations**

➢ **Memoranda**

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC



# Introduction & Summary

# *Purpose*



The Board of the South Atlantic Bancshares (the "Company" or the "Bank") trustee of South Atlantic Bank 401(k) and Profit Sharing Plan (KSOP) has requested that Community Capital Advisors evaluate the common stock of the Company as of December 31, 2012 in order to determine the fair market value of the common stock on a minority interest basis in connection with the proposed purchase of common stock by the KSOP.  This report discusses the information, principles, criteria and conclusions used to reach this valuation.

Fair market value is the most widely known standard of value and is applicable to almost all federal and state tax valuation matters. Additionally, ERISA defines adequate consideration as, "...in the case of an asset other than a security for which there is a generally recognized market, the fair market value of the asset as determined in good faith by the trustee or named fiduciary..."

Fair market value has been defined in numerous court cases, as well as in Internal Revenue Service Ruling 59-60. Fair market value is defined by the American Society of Appraisers as:

> *"The price, expressed in terms of cash equivalents, at which
> property would change hands between a hypothetical willing
> and able buyer and a hypothetical willing and able seller, acting at
> arm's length in an open and unrestricted market, when neither is
> under compulsion to buy or sell and when both have reasonable
> knowledge of the relevant facts."*

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

# *Due Diligence Review*



COMMUNITY CAPITAL ADVISORS

In connection with this evaluation, Community Capital Advisors (CCA) reviewed, among other things:

(i) certain publicly available financial statements and other historical financial information of South Atlantic Bancshares through December 31, 2012 that we deemed relevant;

(ii) internal financial budgets and projections for the years ending December 31, 2013 and beyond prepared by and reviewed with management;

(iii) a comparison of certain financial and stock market information for certain other comparable banks whose securities are publicly traded;

(iv) a comparison of recent bank acquisitions and merger transactions where information was publicly available;

(v) the current market environment generally and the banking environment in particular; and

(vi) other information, financial studies, analyses and investigations and financial, economic and market criteria that we considered relevant.

We also discussed with certain members of senior management of South Atlantic Bancshares the business, financial condition, results of operations, regulatory relations, trading liquidity and other general prospects of the Bank.  In connection with our review, we have relied upon the accuracy and completeness of the foregoing financial and other information, and we have not assumed any responsibility for any independent verification of such information.

We are not experts in the evaluation of loan portfolios for the purpose of assessing the adequacy of the allowance for losses, and assumed that such allowances are in the aggregate, adequate to cover actual losses. We did not review any individual credit files nor make any independent evaluation, appraisal or physical inspection of the assets.  We did not conduct a physical inspection of the properties or facilities of South Atlantic Bancshares.

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

## Summary



➢ Based upon the analysis of South Atlantic Bancshares, the experience of CCA as advisor and appraiser of financial institutions and closely held securities, and the consideration of the factors set forth in this valuation report, CCA is of the opinion that the fair market value of the Bank, *on a minority interest basis*, is **$9.81** per share based upon 3,026,315 shares of common stock outstanding and 3,066,629 on a fully diluted basis.

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC



# *Scope & Limitations of Valuation*

## *Standards of Value*



This report specifically addresses the valuation of the Bank on a minority interest basis, not on a controlling interest basis which includes the attendant rights to control the direction and growth of the Bank, influence or control compensation and dividends, change management, acquire other companies or business operations, establish new product lines, or sell or merge the Bank.

Our objective is to determine a value which would provide a fair and reasonable return on investment to an investor/owner, the "willing buyer" as well as the "willing seller", in view of the facts available to us as of the effective date of the valuation.

Value has been defined as "the present worth of future benefits." Accordingly, we are concerned with the earnings and cash flow available to shareholders that are expected to be realized in the future, as those appear from the vantage point of the date of the valuation. We are also concerned with the risks facing the business, and their possible effect on those future benefits. We generally use as many methods as are meaningful, and then average the results, or take a weighted average based on our opinion as to which methods are the most appropriate. The reason for this is that no single valuation method utilizing a few mathematical variables can possibly capture the value of a complex, operating business. Historical methods assume that the future will be much like the past, although with allowances for anticipated changes. Future earnings and cash flow methods are more intrinsic, but rely on projections that are often speculative and sometimes expedient. Each method provides a different perspective on value, and it is our opinion that the "true" value of the business is better revealed when it has been considered from as many perspectives as can reasonably be developed.

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

# Exhibit A

## *Valuation Methodologies*



COMMUNITY CAPITAL ADVISORS

CCA employed the three most commonly accepted valuation techniques where the assumption is that the bank continues to operate independently as a going concern, including:

**I. Comparable Public Company Analysis**: A market-based analysis of the trading multiples of a comparable group of publicly traded banking institutions deemed to be similar to South Atlantic Bancshares on the basis of geography, size, profitability, capital structure and other relevant characteristics,

**II. Discounted Cash Flow (DCF) Analysis**: An analysis of the future expected cash flows of South Atlantic Bancshares available to current shareholders of the bank, and

**III. Stock Trade Analysis:** A method to develop an indication of value based upon consideration of actual transactions in the stock of Company, reviewed to determine if they have occurred at arm's length, with a reasonable degree of frequency, and within a reasonable period of time relative to the valuation date.  Appropriate transactions also should be of a similar level of size and value appropriate for assessing a minority interest.

*Other valuations methods such as comparable transaction analyses, contribution analyses, or asset-based methodologies such as asset liquidation involve transfers of ownership and introduces the need for "control premiums."  These methods were not employed as our intent is to establish a *minority interest* value rather than a *controlling interest* value.

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

## *Discount for Lack of Marketability*



COMMUNITY CAPITAL ADVISORS

➢ When there is no active public market and/or little trading activity, as with South Atlantic Bancshares' stock, additional considerations are factored in when the values of comparable publicly traded companies are used to determine a fair value for the private entity.

➢ Marketability relates to the liquidity of an investment.  All else being equal, a liquid investment will command greater value than an illiquid one.

➢ Many factors affect the liquidity of an investment, among them are:
  ▪ 1)  number of shareholders,
  ▪ 2)  number of shares outstanding, or shares available to trade ("float")
  ▪ 3)  securities listed on an exchange (NASDAQ, NYSE, OTC)
  ▪ 4)  restrictions on stock sales by agreement or law, and
  ▪ 5)  absence of registration.

➢ While there may be a desire for the Company, as sponsor of the KSOP, to provide liquidity for participants (and shareholders) in the form of put options or buy/sell agreements, the Company may not be able to always honor its obligation.  Additionally, there may also exist a large enough lapse of time between exercising an option and receiving payment, that applying some illiquidity discount to the shares is prudent.

➢ **Illiquidity discounts for lack of marketability of securities typically run from 10% to 20%.  A 10% discount would seem adequate given these circumstances and assumptions.**

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC



# *Valuation Methodologies:*
# *Discounted Cash Flow (DCF) Analysis*

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

# Discounted Cash Flow (DCF) Model


COMMUNITY CAPITAL ADVISORS

➢ Methodology Overview:

- CCA calculated an equity value for South Atlantic Bancshares based upon the value, discounted to the present, of estimates of projected earnings over a five-year period from the fiscal year ended December 31, 2013 through the fiscal year ended December 31, 2017 and a projected 2017 terminal value.  The model is a **capital-efficient dividend discount model** in that it assumes any excess capital created above 8% in the projected periods is available to shareholders as dividends and thus valued as free cash flow from the operations of the bank.

- In conducting its analysis, CCA utilized financial estimates provided by the bank and relied upon the management of the Company as to the reasonableness and achievability of the financial and operating projections.  These projections served as the basis for CCA's analysis.

- The discount rate utilized was derived using a discounted earnings model, which utilizes **terminal values of between 12.5x and 17.5x** fiscal year 2017 net income.  **Discount rates of between 10% and 15%** were used due to typical bank investor expectations of returns on like investments.  A long-term, after-tax earnings growth of $500,000 per year  and annual asset growth rate of 7% was based on management's best estimate of future performance.

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

# Discounted Cash Flow (DCF) Model



➢ Key Assumptions from Management:

- Total shares outstanding of 3,026,315 accounting for the 10% stock dividend paid recently; 3,066,629 fully diluted to include options and warrants

- Total equity of $25.9mm as of 12/31/2012

- Total assets of $285.0mm as of 12/31/2012

- Est. 2013 net income of $1,590,273 or EPS of $0.53, growing by $500,000 per year thereafter (38% tax rate)

- 2013-17 annual asset growth of 7.0%

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

# Projected Balance Sheet & Earnings


COMMUNITY CAPITAL ADVISORS

## South Atlantic Bancshares
### Dividend Discount Model - Capital Efficient Scenario
$000s, except per share data or as noted

| Income Statement | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Projected EPS | $0.53 | $0.68 | $0.84 | $0.97 | $1.12 |
| Avg. shares outstanding | 3,066,629 | 3,066,629 | 3,066,629 | 3,066,629 | 3,066,629 |
| Projected earnings | 1,611 | 2,090 | 2,590 | 2,979 | 3,426 |
| Less: TARP dividends | -- | - | - | - | - |
| Incremental debt expense (A/T) | - | - | - | - | - |
| Pro forma earnings | 1,611 | 2,090 | 2,590 | 2,979 | 3,426 |
| New EPS | $0.53 | $0.68 | $0.84 | $0.97 | $1.12 |
| | | | | | |
| Balance Sheet | | | | | |
| Beg. total assets | $284,988 | $304,937 | $326,282 | $349,122 | $373,561 |
| End. total assets | 304,937 | 326,282 | 349,122 | 373,561 | 399,710 |
| Avg. total assets | 294,962 | 315,609 | 337,702 | 361,341 | 386,635 |
| | | | | | |
| Beg. Intangibles | - | - | - | - | - |
| Amortization | - | - | - | - | - |
| End intangibles | - | - | - | - | - |
| | | | | | |
| End tangible assets | $304,937 | $326,282 | $349,122 | $373,561 | $399,710 |

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

# Cash Flow Analysis


COMMUNITY CAPITAL ADVISORS

| | | |
|---|---|---|
| Beginning equity | $25,359 | |
| Beginning tangible equity | 25,359 | (8.90% Tangible Common/Assets) |
| Required tangible equity | 22,799 | (8.00% Tangible Common/Assets) |
| **Excess Equity/(Capital Needed)** | **$2,560** | |

| | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Beginning equity | $22,799 | $24,395 | $26,103 | $27,930 | $29,885 |
| Net income | 1,611 | 2,090 | 2,590 | 2,979 | 3,426 |
| Pre dividend equity | 24,410 | 26,485 | 28,693 | 30,909 | 33,310 |
| Pre dividend tangible equity | 24,410 | 26,485 | 28,693 | 30,909 | 33,310 |
| | | | | | |
| Required tangible equity | 24,395 | 26,103 | 27,930 | 29,885 | 31,977 |
| Excess equity | 16 | 383 | 763 | 1,024 | 1,334 |
| | | | | | |
| Normal dividend (Payout scenario) | - | - | - | - | - |
| Excess dividend | 16 | 383 | 763 | 1,024 | 1,334 |
| **Total dividend paid** | **16** | **383** | **763** | **1,024** | **1,334** |
| | | | | | |
| Ending equity | $24,395 | $26,103 | $27,930 | $29,885 | $31,977 |
| Ending tangible equity | 24,395 | 26,103 | 27,930 | 29,885 | 31,977 |
| Avg. equity | 24,877 | 25,249 | 27,016 | 28,907 | 30,931 |
| | | | | | |
| End. Book Val./Avg. FD Share | $7.95 | $8.51 | $9.11 | $9.75 | $10.43 |

| Ratios | | | | | |
|---|---|---|---|---|---|
| End. tangible common ratio | 8.00% | 8.00% | 8.00% | 8.00% | 8.00% |
| ROAA | 0.55% | 0.66% | 0.77% | 0.82% | 0.89% |
| ROAE | 6.48% | 8.28% | 9.59% | 10.30% | 11.08% |

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

## *Discount Rate*



COMMUNITY CAPITAL ADVISORS

➢ A base case scenario discount rate of **12.51%** is assumed based upon calculations using the capital asset pricing model (CAPM):

$$\text{Expected Return} = Rf + \beta * (Rm - Rf) + \text{Small company premium}$$

➢ The general idea behind CAPM is that investors need to be compensated in two ways:  1) time value of money, and 2) risk

➢ Time value of money is represented by the risk-free (Rf) rate  and compensates the investors for placing money in any investment over a period of time

➢ The other half of the formula represents asset-specific risk and calculates the return the investor needs for taking on that additional risk

➢ This is calculated from a risk measure (Beta or β) that compares the returns of the specific asset to the overall market and to the market premium (Rm - Rf)

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

# Discount Rate Components


COMMUNITY CAPITAL ADVISORS

➤ Risk-free rate (Rf) = 5-year Treasury note @ 1/24/2013 = **0.87%**

➤ Beta (levered) of comparable banks vs. SPX = **0.903** (Source: Yahoo Finance)

➤ Expected market risk premium (Rm-Rf) = **4.27%** (Source: Duff & Phelps, *Risk Premium Report 2012*)

➤ Small company premium = **7.78%** (Source: Duff & Phelps, *Risk Premium Report 2012*)

- Overall average risk premium for smallest guideline portfolio (book value < $62mm) = 12.05%
- Overall risk premium less market risk premium (12.05-4.27) for 2012 yields an implied small company premium of 7.78%

**\*\*See Memoranda section for Beta comparables and risk premia calculations\*\***

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

# DCF Matrix



COMMUNITY CAPITAL ADVISORS

➢ The discount rate is the required return on investment based upon investor expectations given the risk characteristics of the cash flows; community banks generally require a 10% to 15% discount rate.

➢ Terminal multiples are applied to the final year's (2017) cash flows discounted back at the appropriate discount rate to get a present value; this represents all future cash flows behind the projected period as if the bank were sold at that time.   An earning multiple of 12.5x to 17.5x was used here.

**Valuation as of end of 12/2013**

| Discount Rate | 10.00% | | | 12.51% | | | 15.00% | | |
|---|---|---|---|---|---|---|---|---|---|
| Terminal GAAP P/E Multiple | **12.5x** | **15.0x** | **17.5x** | **12.5x** | **15.0x** | **17.5x** | **12.5x** | **15.0x** | **17.5x** |
| PV of Terminal Value | $26,588 | $31,906 | $37,223 | $23,755 | $28,507 | $33,258 | $21,289 | $25,547 | $29,805 |
| PV of Interim Dividends (2013-2017) | $2,550 | $2,550 | $2,550 | $2,368 | $2,368 | $2,368 | $2,204 | $2,204 | $2,204 |
| Less: TARP capital | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Initial Dividends/(Infusion) | $2,560 | $2,560 | $2,560 | $2,560 | $2,560 | $2,560 | $2,560 | $2,560 | $2,560 |
| **Equity Value** | **$31,698** | **$37,016** | **$42,333** | **$28,684** | **$33,435** | **$38,186** | **$26,053** | **$30,311** | **$34,569** |
| **Value Per FD Share** | **$10.34** | **$12.07** | **$13.80** | **$9.35** | **$10.90** | **$12.45** | **$8.50** | **$9.88** | **$11.27** |
| Marketability Discount 10% | ($1.03) | ($1.21) | ($1.38) | ($0.94) | ($1.09) | ($1.25) | ($0.85) | ($0.99) | ($1.13) |
| *Adjusted Value Per FD Share* | *$9.30* | *$10.86* | *$12.42* | *$8.42* | *$9.81* | *$11.21* | *$7.65* | *$8.90* | *$10.15* |
| *Adjusted Equity Value* | *$28,816* | *$33,650* | *$38,485* | *$26,076* | *$30,395* | *$34,714* | *$23,685* | *$27,555* | *$31,426* |
| | | | | | | | | | |
| Implied 2013 P/E | 17.7x | 20.7x | 23.6x | 16.0x | 18.7x | 21.3x | 14.6x | 16.9x | 19.3x |
| | | | | | | | | | |
| PV of Term. Value/Equity Value | 83.9% | 86.2% | 87.9% | 82.8% | 85.3% | 87.1% | 81.7% | 84.3% | 86.2% |
| Terminal Value in 2017 | $42,820 | $51,385 | $59,949 | $42,820 | $51,385 | $59,949 | $42,820 | $51,385 | $59,949 |
| Implied Terminal Growth | 6.0% | 6.7% | 7.2% | 8.5% | 9.2% | 9.7% | 11.0% | 11.7% | 12.2% |

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

## DCF Sensitivity Analysis


COMMUNITY CAPITAL ADVISORS

➤ Price per share, Discount Rate vs. Terminal Multiple

| | Discount Rate | | | | | | |
|---|---|---|---|---|---|---|---|
| | **10.00%** | **11.00%** | **12.00%** | **12.51%** | **13.00%** | **14.00%** | **15.00%** |
| **12.5x** | $9.30 | $8.94 | $8.59 | $8.42 | $8.26 | $7.94 | $7.65 |
| **13.8x** | $10.08 | $9.68 | $9.30 | $9.12 | $8.94 | $8.60 | $8.27 |
| **15.0x** | $10.86 | $10.43 | $10.01 | $9.81 | $9.62 | $9.25 | $8.90 |
| **16.3x** | $11.64 | $11.17 | $10.73 | $10.51 | $10.30 | $9.90 | $9.52 |
| **17.5x** | $12.42 | $11.92 | $11.44 | $11.21 | $10.99 | $10.55 | $10.15 |

(Rows labeled: Terminal Multiple)

➤ Price-to-tangible book value (fully diluted), Discount Rate vs. Terminal Multiple

| | Discount Rate | | | | | | |
|---|---|---|---|---|---|---|---|
| *$8.27* | **10.00%** | **11.00%** | **12.00%** | **12.51%** | **13.00%** | **14.00%** | **15.00%** |
| **12.5x** | 113% | 108% | 104% | 102% | 100% | 96% | 92% |
| **13.8x** | 122% | 117% | 112% | 110% | 108% | 104% | 100% |
| **15.0x** | 131% | 126% | 121% | 119% | 116% | 112% | 108% |
| **16.3x** | 141% | 135% | 130% | 127% | 125% | 120% | 115% |
| **17.5x** | 150% | 144% | 138% | 136% | 133% | 128% | 123% |

(Rows labeled: Terminal Multiple)

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC



*Valuation Methodologies:*
*Comparable Public Company Analysis*

## Comparable Public Company Analysis



COMMUNITY CAPITAL ADVISORS

➢ Methodology Overview

- CCA conducted an extensive review of all publicly traded bank institutions to determine relevant valuation multiples for targets deemed to be similar to South Atlantic Bancshares.

- The public company analysis uses financial information from the last twelve months ("LTM") and/or the most recent quarter ("MRQ") using the most recent SEC and regulatory reports as well as internal data provided by South Atlantic Bancshares management and public data compiled by Thomson Reuters.

- CCA focused on banks with similar characteristics to South Atlantic Bancshares grouped by the following parameters:

  - Assets between $250 million and $300 million

  - Returns on average equity (LTM) between 6.5% and 7.5%

  - Returns on average assets (LTM) between 0.60% and 0.70%

  - Tangible equity of 8.75% to 9.0%

  - Non-performing assets of 0.50% to 0.90% of total assets

- CCA also compared South Atlantic Bancshares with all publicly traded banks in the Southeastern United States and the state of South Carolina

- Finally, CCA selected a group of 19 "guideline" bank institutions most similar to South Atlantic Bancshares based on profitability, capital level, asset quality, etc.

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

# Comparable Trading Analysis Overview


COMMUNITY CAPITAL ADVISORS

| Peer Group Composition | | | | Median Value of Peer Group Financials | | | | | Capital Ratios | | | | | | Median Trading Price to: | | | | | |
| Peer Group Determined by: | Range[1] Low | High | # of Banks | Mrkt Value ($mm) | Total Assets ($000) | Texas Ratio (%) | LTM Asset Growth (%) | Tang. Equity (%) | Adj. Tang. (%) | LTM ROAE (%) | LTM ROAA (%) | Div. Yield (%) | NPAs (%) | Book Value (x) | Tang BV (x) | LTM EPS (x) | LQA EPS (x) | Core Dep. Prem. (%) | Total Assets (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Assets ($000) | 250,000 | 300,000 | 54 | 17.4 | 271,579 | 21 | 20.6 | 9.7 | 9.6 | 5.4 | 0.51 | 1.1 | 2.54 | 0.68 | 0.71 | 11.7 | 11.7 | -3.7 | 6.2 |
| Return on Equity (%) | 6.5 | 7.5 | 83 | 33.0 | 409,000 | 13 | 13.4 | 10.0 | 9.7 | 7.1 | 0.76 | 1.6 | 1.75 | 0.85 | 0.93 | 11.0 | 11.0 | -2.0 | 8.6 |
| Return on Assets (%) | 0.60 | 0.70 | 76 | 26.7 | 386,415 | 15 | 14.9 | 9.9 | 8.9 | 6.6 | 0.65 | 1.5 | 2.19 | 0.79 | 0.84 | 11.8 | 11.8 | -2.6 | 7.5 |
| Tang. Capital (%) | 8.75 | 9.00 | 47 | 35.9 | 456,662 | 20 | 20.1 | 8.9 | 8.9 | 7.5 | 0.69 | 1.1 | 2.49 | 0.87 | 0.91 | 10.5 | 10.5 | -2.5 | 7.1 |
| NPAs / Assets (%) | 0.50 | 0.90 | 89 | 27.8 | 332,232 | 5 | 4.8 | 10.3 | 10.1 | 7.5 | 0.85 | 1.7 | 0.65 | 0.93 | 0.93 | 12.3 | 12.3 | -1.4 | 9.1 |
| State (SC) | -- | -- | 20 | 20.2 | 402,296 | 41 | (2.0) | 9.2 | 8.5 | 5.0 | 0.42 | 0.0 | 4.71 | 0.73 | 0.74 | 9.1 | 9.1 | -5.5 | 3.8 |
| Southeast Region | -- | -- | 264 | 22.2 | 439,195 | 26 | 25.9 | 9.4 | 9.0 | 4.4 | 0.45 | 0.0 | 3.92 | 0.75 | 0.77 | 9.8 | 9.8 | -4.2 | 6.1 |
| Guideline Comps | -- | -- | 19 | 77.6 | 1,063,023 | 14 | 5.6 | 8.8 | 8.7 | 8.2 | 0.77 | 1.7 | 1.58 | 1.09 | 1.16 | 11.9 | 11.9 | 2.1 | 9.1 |
| Average(2) | | | | 32.6 | 470,050 | 19 | 12.9 | 9.5 | 9.2 | 6.4 | 0.64 | 1.1 | 2.48 | 0.84 | 0.87 | 11.0 | 11.0 | -2.5 | 7.2 |
| South Atlantic Bancshares (3) | | $10.00 | | 30.3 | 284,988 | 7 | 24.1 | 8.9 | 8.9 | 7.0 | 0.66 | 0.0 | 0.71 | 1.21 | 1.21 | 17.9 | 23.1 | 2.1 | 10.6 |

(1) For comparable peer banks having a value for the specified statistic within the given range above.  Does not include banks previously announced as acquisition targets, or banks with assets greater than $5.0b.
(2) Average of all median values calculated for each peer group above.
(3) Profitability metrics are as of the most recent quarter.
Source: ThomsonReuters and Community Ccqital Advisors as of 1/29/2013.

22

# Implied Valuation Range



**COMMUNITY CAPITAL ADVISORS**

Comparable Trading Analysis
Implied Valuation Range Based on Averaging the Median Values for All Comparable Peer Groups
South Atlantic Bancshares

| Peer Valuation Metric | SAB Result | Median Trading Multiple | Implied Equity Valuation ($000s) | Weight (%) | Basic Per Share Valuation ($) |
|---|---|---|---|---|---|
| Price / Book Value | $25,359 | 0.84x | $21,205 | 20% | **$7.01** |
| Price / Tang. Book Value | $25,359 | 0.87x | $22,170 | 20% | **$7.33** |
| Price / LTM EPS | $0.56 | 11.0x | $18,676 | 40% | **$6.17** |
| Price / Current Year Est. EPS | $0.52 | NM | NM | 0% | **$0.00** |
| Price / Next Year Est. EPS | $0.68 | NM | NM | 0% | **$0.00** |
| Premium to Core Deposits | $233,284 | -2.5% | $19,636 | 20% | **$6.49** |
| Wtd. Average | | $20,073 | | 100% | $6.63 |

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

# Valuation Range


COMMUNITY CAPITAL ADVISORS

| | Low End of Range | Midpoint of Range | High End of Range |
|---|---|---|---|
| **Trading Value Per Share ($)** | $5.97 | $6.63 | $7.30 |
| *% of Midpoint Value* | *90%* | *100%* | *110%* |
| **Aggregate Value ($000)** | **$18,065** | **$20,073** | **$22,080** |
| Multiple of Book Value | 0.71x | 0.79x | 0.87x |
| Multiple of Tangible Book Value | 0.71x | 0.79x | 0.87x |
| Multiple of LTM EPS | 10.7x | 11.9x | 13.0x |
| Multiple of Current Year Est. EPS | 11.5x | 12.8x | 14.1x |
| Multiple of Next Year Est. EPS | 8.8x | 9.7x | 10.7x |
| Premium to Core Deposits | -3.1% | -2.3% | -1.4% |
| Premium (Discount) to SAB Last Trade | -40.3% | -33.7% | -27.0% |

Note: Last trade refers to the split-adjusted price of $10.00 per share.

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

## Summary Valuation Range





| | | | | Implied Valuation Per Share | | | | |
|---|---|---|---|---|---|---|---|---|
| Range | Assets | ROAA | ROAE | NPAs/Assets | Region | Capital | Guideline | All Comps |
| High | $6.53 | $7.00 | $7.81 | $7.82 | $6.49 | $7.64 | $10.13 | $7.33 |
| Low | $5.50 | $6.38 | $6.17 | $6.91 | $5.15 | $5.88 | $6.68 | $6.17 |

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

## Guideline Banks


COMMUNITY CAPITAL ADVISORS

➢ Guideline comps include banks with assets under $5B, tangible equity from 7% to 10%, LTM ROAA from 0.60% to 0.90%, Texas ratio under 20%, trade on average more than 1,000 shares per day and are not currently M&A targets.

| Institution | Ticker | ST | Total Assets ($000) | LTM Asset Growth (%) | Total Equity/ Assets (%) | Tang./ Equity/ Assets (%) | LTM ROAE (%) | LTM ROAA (%) | Curr. Div. Yield (%) | TX Ratio (%) | NPAs/ Assets (%) | Curr. Price/ 52-wk High (%) | Total 1-Year Return (%) | Price/ Book (x) | Price/ Tang. Book (x) | Price/ LTM EPS (x) | Price/ LQA EPS (x) | Prem/ Core Dep. (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACNB Corporation | ACNB | PA | 1,063,023 | 3.8 | 9.6 | 8.8 | 8.5 | 0.82 | 4.7 | 12 | 1.71 | 97.2 | 16.7 | 0.95 | 1.05 | 10.5 | 10.5 | 0.6 |
| American Business Bank | AMBZ | CA | 1,279,743 | 12.2 | 7.9 | 7.9 | 11.6 | 0.87 | 0.0 | 5 | 0.40 | 100.0 | 16.7 | 1.24 | 1.24 | N/A | N/A | 2.4 |
| Auburn National Bancorporation, Inc. | AUBN | DE | 753,467 | -1.5 | 9.3 | 9.3 | 9.6 | 0.82 | 3.9 | 20 | 2.61 | 79.2 | 8.8 | 1.09 | 1.12 | 11.9 | 11.9 | 3.0 |
| Bancorp of New Jersey, Inc. | BKJ | NJ | 548,793 | 25.8 | 9.9 | 9.9 | 7.7 | 0.83 | 1.9 | 11 | 1.15 | 92.9 | 44.4 | 1.25 | 1.25 | 14.8 | 14.8 | 11.6 |
| ChoiceOne Financial Services, Inc. | COFS | MI | 510,311 | 4.8 | 11.8 | 9.1 | 7.2 | 0.84 | 3.1 | 15 | 1.82 | 95.5 | 38.8 | 0.86 | 1.16 | 11.6 | 11.6 | 2.0 |
| Cortland Bancorp | CLDB | OH | 554,508 | 11.4 | 9.1 | 9.1 | 9.0 | 0.83 | 0.0 | 12 | 1.25 | 94.2 | 39.4 | 0.87 | 0.87 | 8.7 | 8.7 | -2.7 |
| ESB Financial Corporation | ESBF | PA | 1,964,252 | -2.1 | 10.0 | 8.0 | 7.8 | 0.73 | 2.9 | 10 | 0.93 | 95.7 | -2.8 | 1.05 | 1.34 | 12.9 | 12.9 | 5.1 |
| First Community Corporation | FCCO | SC | 606,339 | -0.1 | 9.0 | 8.8 | 8.2 | 0.67 | 1.7 | 16 | 2.49 | 100.0 | 16.6 | 0.90 | 0.91 | 12.3 | 12.3 | -1.9 |
| Glen Burnie Bancorp | GLBZ | MD | 385,730 | 5.6 | 8.6 | 8.6 | 8.4 | 0.72 | 3.5 | 17 | 1.58 | 95.9 | 29.1 | 0.94 | 0.94 | 11.7 | 11.7 | -0.7 |
| Greater Sacramento Bancorp | GSCB | CA | 444,235 | 9.0 | 9.9 | 9.9 | 7.9 | 0.77 | 0.0 | 8 | 0.90 | 98.7 | 54.1 | 1.15 | 1.15 | 17.9 | 17.9 | -1.0 |
| Guaranty Bancorp | GBNK | DE | 1,834,978 | 8.4 | 10.1 | 9.6 | 8.2 | 0.82 | 0.0 | 16 | 3.11 | 91.5 | 41.7 | 1.17 | 1.24 | 18.8 | 18.8 | 3.8 |
| Meridian Interstate Bancorp, Inc. (MHC) | EBSB | MA | 2,278,771 | 15.4 | 10.3 | 9.7 | 6.9 | 0.77 | 0.0 | 19 | 2.09 | 98.1 | 33.0 | 1.67 | 1.78 | N/A | N/A | 11.1 |
| MidSouth Bancorp, Inc. | MSL | LA | 1,428,936 | 16.9 | 11.8 | 9.8 | 5.9 | 0.72 | 1.7 | 6 | 1.10 | 97.4 | 25.8 | 1.28 | 1.66 | 19.4 | 19.4 | 6.7 |
| New Hampshire Thrift Bancshares, Inc. | NHTB | NH | 1,118,361 | 7.4 | 10.0 | 7.5 | 7.2 | 0.72 | 4.0 | 18 | 1.41 | 98.1 | 7.5 | 0.84 | 1.29 | 10.2 | 10.2 | 2.3 |
| Peapack-Gladstone Financial Corporation | PGC | NJ | 1,583,490 | 0.5 | 7.4 | 7.4 | 9.7 | 0.72 | 1.4 | 19 | 1.77 | 89.3 | 27.8 | 1.11 | 1.11 | 11.4 | 11.4 | 0.9 |
| SCBT Financial Corporation | SCBT | SC | 4,325,232 | 9.9 | 10.0 | 8.4 | 7.3 | 0.71 | 1.6 | 14 | 3.10 | 99.5 | 35.2 | 1.45 | 1.78 | 17.3 | 17.3 | 16.6 |
| United Bancorp, Inc. | UBCP | OH | 436,774 | 5.1 | 8.8 | 8.8 | 9.8 | 0.88 | 7.4 | 13 | 1.24 | 65.2 | -22.3 | 0.98 | 0.99 | 18.0 | 18.0 | -0.7 |
| Valley Financial Corporation | VYFC | VA | 785,292 | 4.2 | 8.4 | 8.4 | 11.4 | 0.90 | 0.0 | 17 | 4.44 | 92.5 | 49.9 | 0.87 | 0.87 | 7.8 | 7.8 | -3.9 |
| WSFS Financial Corporation | WSFS | DE | 4,261,332 | 1.7 | 9.8 | 9.1 | 7.6 | 0.71 | 1.0 | 12 | 1.38 | 100.0 | 17.4 | 1.10 | 1.21 | 10.9 | 10.9 | 2.9 |
| **GUIDELINE COMPARABLES** | | | | | | | | | | | | | | | | | | |
| 75th Percentile | | | 1,709,234 | 10.7 | 10.0 | 9.5 | 9.3 | 0.83 | 3.3 | 17 | 2.29 | 98.4 | 39.1 | 1.20 | 1.27 | 17.3 | 17.3 | 4.4 |
| MEDIAN | | | 1,063,023 | 5.6 | 9.8 | 8.8 | 8.2 | 0.77 | 1.7 | 14 | 1.58 | 95.9 | 27.8 | 1.09 | 1.16 | 11.9 | 11.9 | 2.3 |
| AVERAGE | | | 1,377,030 | 7.3 | 9.6 | 8.8 | 8.4 | 0.78 | 2.0 | 14 | 1.81 | 93.7 | 25.2 | 1.09 | 1.21 | 13.3 | 13.3 | 3.1 |
| 25th Percentile | | | 551,651 | 2.7 | 8.9 | 8.4 | 7.4 | 0.72 | 0.0 | 11 | 1.20 | 92.7 | 16.6 | 0.92 | 1.02 | 10.9 | 10.9 | -0.7 |
| South Atlantic Bancshares | SAB | SC | 284,988 | 24.1 | 8.9 | 8.9 | 7.0 | 0.66 | 0.0 | 7 | 0.71 | #N/A | N/A | 1.21 | 1.21 | 17.9 | 23.1 | 2.1 |

Source: ThomsonReuters and Community Capital Advisors as of 1/30/2013.

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

# Comparable Trading Analysis - State Banks



COMMUNITY CAPITAL ADVISORS

| Institution | Ticker | City | Total Assets ($000) | LTM Asset Growth (%) | Total Equity/ Assets (%) | Tang. Equity/ Assets (%) | TCE / Assets (%) | LTM ROAE (%) | LTM ROAA (%) | Curr. Div. Yield (%) | TX Ratio (%) | NPAs/ Assets (%) | Curr. Price/ 52-wk High (%) | Total 1-Year Return (%) | Price/ Book (x) | Price/ Tang. Book (x) | Price/ LTM EPS (x) | Price/ LQA EPS (x) | Prem. / Core Dep. (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank of South Carolina Corporation | BKSC | Charleston | 307,467 | -17.7 | 11.0 | 11.0 | 11.0 | 10.9 | 1.05 | 3.7 | 17 | 2.00 | 95.2 | 13.6 | 1.57 | 1.57 | 15.0 | 15.0 | 11.3 |
| BankGreenville Financial Corporation | BGVF | Greenville | 113,760 | -5.6 | 9.2 | 9.2 | 9.2 | 1.5 | 0.13 | 0.0 | 43 | 4.90 | 78.2 | 34.4 | 0.24 | 0.24 | 9.0 | 9.0 | -12.9 |
| Carolina Alliance Bank | CRLN | Spartanburg | 249,116 | 4.1 | 12.8 | 12.8 | 10.8 | 5.0 | 0.64 | 0.0 | 7 | 2.66 | 94.1 | 18.9 | 0.76 | 0.76 | 14.0 | 14.0 | -1.8 |
| CNB Corporation | CNBW | Conway | 955,200 | 1.0 | 9.6 | 9.6 | 9.6 | 3.2 | 0.31 | 0.0 | 31 | 3.32 | 87.8 | -12.2 | 0.80 | 0.80 | N/A | N/A | -3.2 |
| Coastal Banking Company, Inc. | CBCO | Beaufort | 424,937 | -3.7 | 7.9 | 7.9 | 5.6 | 5.6 | 0.42 | 0.0 | 68 | 9.70 | 100.0 | 229.8 | 0.67 | 0.70 | 6.4 | 6.4 | -7.4 |
| Community First Bancorporation | CFOK | Seneca | 464,989 | -2.5 | 8.2 | 9.2 | 7.5 | -20.4 | -1.72 | 0.0 | 58 | 6.00 | 67.3 | -16.7 | 0.39 | 0.39 | -5.1 | -5.1 | -6.5 |
| Congaree Bancshares, Inc. | CNRB | Cayce | 113,430 | -7.0 | 11.0 | 11.0 | 11.0 | 7.9 | 0.86 | 0.0 | 29 | 4.29 | 80.4 | 12.5 | 0.40 | 0.40 | 15.5 | 15.5 | -10.7 |
| Cornerstone Bancorp | CTOT | Easley | 151,344 | -7.9 | 11.3 | 11.3 | 11.3 | 0.4 | 0.05 | 0.0 | 90 | 12.03 | 100.0 | 66.7 | 0.30 | 0.30 | N/A | N/A | -11.3 |
| First Community Corporation | FCCO | Lexington | 606,339 | -0.1 | 9.0 | 8.8 | 8.7 | 8.2 | 0.67 | 1.7 | 16 | 2.49 | 100.0 | 16.6 | 0.90 | 0.91 | 12.3 | 12.3 | -1.9 |
| First Reliance Bancshares, Inc. | FSRL | Florence | 438,590 | -14.1 | 9.6 | 9.6 | 5.5 | 0.0 | 0.00 | 0.0 | 65 | 10.43 | 46.8 | 29.7 | 0.28 | 0.28 | 4.7 | 4.7 | -6.4 |
| GrandSouth Bancorporation | GRRB | Greenville | 378,673 | 0.9 | 12.2 | 12.0 | 12.0 | 5.9 | 0.71 | 1.7 | 44 | 6.45 | 77.5 | 55.0 | 0.70 | 0.72 | -7.6 | -7.6 | -11.6 |
| Greer Bancshares Incorporated | GRBS | Greer | 359,733 | -6.2 | 9.4 | 9.4 | 9.4 | 16.2 | 1.38 | 0.0 | 23 | 2.89 | 84.4 | 123.5 | 0.78 | 0.78 | 3.0 | 3.0 | -11.5 |
| Independence Bancshares, Inc. | IEBS | Greenville | 124,884 | 11.2 | 8.2 | 8.2 | 8.2 | -4.0 | -0.31 | 0.0 | 76 | 8.41 | 82.0 | 400.0 | 0.25 | 0.25 | -3.0 | -3.0 | -9.7 |
| Oconee Federal Financial Corp. (MHC) | OFED | Seneca | 379,655 | 1.2 | 22.1 | 22.1 | 22.1 | 5.0 | 1.08 | 2.7 | 3 | 0.83 | 85.8 | 26.9 | 1.12 | 1.12 | 22.0 | 22.0 | 4.4 |
| Palmetto Bancshares, Inc. | PLMT | Greenville | 1,139,731 | -8.7 | 8.2 | 8.2 | 8.2 | -6.5 | -0.56 | 0.0 | 47 | 5.57 | 100.0 | 82.4 | 1.24 | 1.28 | 9.1 | 9.1 | 2.7 |
| Provident Community Bancshares, Inc. | PCBS | Rock Hill | 349,576 | -7.2 | 7.2 | 7.2 | 7.2 | 1.0 | 0.07 | 0.0 | 76 | 7.44 | 36.0 | 166.7 | 0.16 | 0.16 | -11.9 | -11.9 | -10.8 |
| SCBT Financial Corporation | SCBT | Columbia | 4,325,232 | 9.9 | 10.0 | 8.4 | 8.4 | 7.3 | 0.71 | 1.6 | 14 | 3.10 | 99.5 | 35.2 | 1.45 | 1.78 | 17.3 | 17.3 | 16.6 |
| Security Federal Corporation | SFDL | Aiken | 904,236 | -1.6 | 9.2 | 9.1 | 6.6 | 2.9 | 0.25 | 3.3 | 47 | 6.10 | 97.2 | -2.8 | 0.47 | 0.48 | 12.7 | 12.7 | -4.6 |
| Southcoast Financial Corporation | SOCB | Mt Pleasant | 438,220 | 2.5 | 7.8 | 7.8 | 7.8 | 10.5 | 0.97 | 0.0 | 39 | 4.51 | 98.0 | 270.9 | 0.90 | 0.90 | N/A | N/A | -1.4 |
| Southern First Bancshares, Inc. | SFST | Greenville | 780,415 | 2.9 | 8.1 | 8.1 | 6.0 | 5.0 | 0.42 | 0.0 | 25 | 2.53 | 100.0 | 56.5 | 0.86 | 0.86 | 12.2 | 12.2 | -1.5 |
| | **MEDIAN** | | **402,296** | **-2.0** | **9.3** | **9.2** | **8.5** | **5.0** | **0.42** | **0.0** | **41** | **4.71** | **90.9** | **34.8** | **0.73** | **0.74** | **9.1** | **9.1** | **-5.5** |
| | **AVERAGE** | | **650,276** | **-2.4** | **10.1** | **10.0** | **9.3** | **3.3** | **0.36** | **0.7** | **41** | **5.28** | **85.5** | **80.4** | **0.71** | **0.73** | **7.4** | **7.4** | **-3.9** |
| South Atlantic Bancshares | SAB | Myrtle Beach | 284,988 | 24.1 | 8.9 | 8.9 | 8.9 | 7.0 | 0.66 | 0.0 | 7 | 0.71 | #N/A | N/A | 1.21 | 1.21 | 17.9 | 23.1 | 2.1 |

Source: ThomsonReuters and Community Capital Advisors as of 1/30/2013.

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC



# *Valuation Methodologies:*
# *Recent Private Stock Trades*

## *Recent Private Stock Trades*



COMMUNITY CAPITAL ADVISORS

➢ Revenue Ruling 59-60 suggests that one consider recent purchases or transactions in the stock of the Company or recent offers to purchase or merge the Company.

➢ The table below lists the recent private stock trades known to the Bank that are deemed appropriate for evaluation (adjusted for recent 10% stock dividend).

| | Value | Date | # of Shares | Price |
|---|---|---|---|---|
| 1 | $50,000 | 2/2/2009 | 5,500 | $9.09 |
| 2 | $50,000 | 2/28/2009 | 5,500 | $9.09 |
| 3 | $50,000 | 3/3/2009 | 5,500 | $9.09 |
| 4 | $50,000 | 6/3/2009 | 5,500 | $9.09 |
| 5 | $50,000 | 6/22/2009 | 5,500 | $9.09 |
| 6 | $50,000 | 10/19/2009 | 5,500 | $9.09 |
| 7 | $60,000 | 11/23/2009 | 6,600 | $9.09 |
| 8 | $100,000 | 12/4/2009 | 11,000 | $9.09 |
| 9 | $25,000 | 1/5/2010 | 2,750 | $9.09 |
| 10 | $40,000 | 1/7/2010 | 4,400 | $9.09 |
| 11 | $25,000 | 1/19/2010 | 2,750 | $9.09 |
| 12 | $50,000 | 2/9/2010 | 5,500 | $9.09 |
| 13 | $10,000 | 2/9/2010 | 1,100 | $9.09 |
| 14 | $10,000 | 2/16/2010 | 1,100 | $9.09 |
| 15 | $35,000 | 7/14/2010 | 3,850 | $9.09 |
| 16 | $30,000 | 7/16/2010 | 3,300 | $9.09 |
| 17 | $25,000 | 7/20/2010 | 2,750 | $9.09 |
| 18 | $20,000 | 8/16/2010 | 2,200 | $9.09 |
| 19 | $49,950 | 8/16/2010 | 5,495 | $9.09 |
| 20 | $20,000 | 8/30/2010 | 2,200 | $9.09 |

| | Value | Date | # of Shares | Price |
|---|---|---|---|---|
| 21 | $20,000 | 8/31/2010 | 2,200 | $9.09 |
| 22 | $20,000 | 9/23/2010 | 2,200 | $9.09 |
| 23 | $145,000 | 11/12/2010 | 15,950 | $9.09 |
| 24 | $15,000 | 12/31/2010 | 1,650 | $9.09 |
| 25 | $750,000 | 2/24/2011 | 82,500 | $9.09 |
| 26 | $75,000 | 5/24/2011 | 8,250 | $9.09 |
| 27 | $125,000 | 6/16/2011 | 13,750 | $9.09 |
| 28 | $50,000 | 7/12/2011 | 5,500 | $9.09 |
| 29 | $60,000 | 8/8/2011 | 6,600 | $9.09 |
| 30 | $125,000 | 9/21/2011 | 13,750 | $9.09 |
| 31 | $25,000 | 10/5/2011 | 2,750 | $9.09 |
| 32 | $50,000 | 10/18/2011 | 5,500 | $9.09 |
| 33 | $9,900 | 12/27/2011 | 1,089 | $9.09 |
| 34 | $11,000 | 11/6/2012 | 1,100 | $10.00 |
| 35 | $110,000 | 11/6/2012 | 11,000 | $10.00 |
| 36 | $5,500 | 11/9/2012 | 550 | $10.00 |
| 37 | $82,500 | 11/26/2012 | 8,250 | $10.00 |
| 38 | $16,500 | 11/26/2012 | 1,650 | $10.00 |
| 39 | $112,200 | 11/27/2012 | 11,220 | $10.00 |
| 40 | $110,000 | 12/10/2012 | 11,000 | $10.00 |
| 41 | $10,890 | 12/14/2012 | 1,089 | $10.00 |

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC



# *Valuation Methodologies: Comparable Transaction Analysis*

# Comparable Transaction Analysis


COMMUNITY CAPITAL ADVISORS

➢ Methodology Overview

▪ CCA conducted an extensive review of all recent bank merger and acquisition transactions to determine relevant valuation multiples for targets deemed to be similar to South Atlantic Bancshares.  CCA focused on transactions since January 2009 involving targets with similar characteristics to South Atlantic Bancshares with the median values of target banks grouped by the following parameters:

  • Assets between $250 million and $350 million

  • Returns on average assets (LTM) between 0.50% and 0.75%

  • Returns on average equity (LTM) between 6.0% and 8.0%

  • Tangible equity of 8.50% to 9.0%

  • Non-performing assets of 0.50% to 0.80% of total assets

▪ CCA also compared South Atlantic Bancshares with all recent bank transactions in the Southeastern United States, but too few comparable South Carolina transactions were available for a thorough comparison

▪ Finally, CCA selected a group of 30 bank transactions announced since January 1, 2009 involving acquired banks most similar to South Atlantic Bancshares based on asset size, profitability, capital level, asset quality and geography

▪ While not a preferred methodology for determining *minority interest* values, CCA felt it was worthwhile to include the analysis here, if only for discussion purposes

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

# Comparable Transaction Analysis Overview


COMMUNITY CAPITAL ADVISORS

| Peer Group Composition | | | | | Median Value of Peer Group Financials | | | | | | | | Median Transaction Multiples | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Peer Group Determined by: | Range[1] Low | High | No. of Deals | Total Assets ($000s) | Total Deposits ($000s) | Capital Ratios Total (%) | Tang. (%) | LTM ROAE (%) | LTM ROAA (%) | NPAs/ Assets (%) | Book Value (x) | Tang. BV (x) | LTM EPS (x) | Total Assets (%) | Total Dep. (%) | Core Dep. Prem. (%) | 1 Week Prem. To Mkt. (%) |
| Total Assets ($000s) | 250,000 | 350,000 | 44 | 275,830 | 239,190 | 8.8 | 8.7 | 2.2 | 0.21 | 2.12 | 1.07 | 1.15 | -0.3 | 9.0 | 11.7 | 1.0 | 54.1 |
| Return on Equity (%) | 6.00 | 8.00 | 47 | 143,371 | 120,708 | 10.4 | 10.1 | 7.1 | 0.73 | 1.17 | 1.10 | 1.48 | 16.3 | 13.1 | 15.6 | 2.5 | 56.0 |
| Return on Assets (%) | 0.50 | 0.75 | 58 | 153,089 | 131,068 | 10.2 | 9.9 | 6.3 | 0.63 | 1.36 | 1.06 | 1.28 | 19.0 | 12.6 | 15.3 | 0.6 | 61.6 |
| Tang. Capital (%) | 8.50 | 9.00 | 58 | 143,839 | 115,073 | 8.8 | 8.7 | (0.4) | (0.03) | 2.79 | 0.86 | 1.00 | -2.7 | 7.8 | 9.4 | -1.1 | 61.9 |
| NPAs / Assets (%) | 0.50 | 0.80 | 47 | 130,018 | 108,000 | 10.3 | 10.0 | 6.7 | 0.82 | 0.64 | 1.20 | 1.26 | 21.5 | 16.1 | 17.8 | 2.6 | 30.0 |
| Announce Date | Jan-09 | Jan-13 | 620 | 119,310 | 103,223 | 9.4 | 9.1 | 0.0 | 0.06 | 2.27 | 1.01 | 1.07 | -0.1 | 9.9 | 17.8 | 0.9 | 55.2 |
| Southeast Region | -- | -- | 122 | 160,448 | 137,700 | 8.7 | 8.6 | (7.5) | (0.79) | 4.99 | 0.88 | 0.79 | -0.7 | 7.3 | 8.7 | -1.2 | 61.9 |
| Guideline Comps | -- | -- | 30 | 137,111 | 110,861 | 9.3 | 9.3 | 9.2 | 0.81 | 0.95 | 1.26 | 1.40 | 14.5 | 11.7 | 14.5 | 3.6 | 62.5 |
| Average [2] | | | | 157,877 | 133,231 | 9.5 | 9.3 | 2.9 | 0.31 | 2.04 | 1.05 | 1.18 | 8.4 | 10.9 | 13.3 | 1.1 | 55.4 |
| South Atlantic Bancshares, Inc. [3] | | $10.00 | | 284,988 | 259,338 | 8.9 | 8.9 | 7.0 | 0.66 | 0.71 | 1.21 | 1.21 | 17.9 | 10.6 | 11.7 | 2.1 | -- |

(1) For comparable peer banks having a value for the specified statistic within the given range above. Includes transactions between 01/24/2009 and 01/24/2013 unless otherwise indicated. Does not include acquisition targets with assets more than $5.0 billion.
(2) Average of all median values calculated for each peer group above.
(3) Profitability metrics are as of the most recent quarter.
Source: Thomson Reuters and Community Capital Advisors as of 1/28/2013.

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

# Summary Valuation Range – Per Share Value





| Implied Valuation Per Share | | | | | | | |
|---|---|---|---|---|---|---|---|
| Range | NPAs/Assets | Assets | Region | ROAE | Capital | Guideline | Date | ALL |
| High | $11.57 | $8.05 | $6.16 | $11.26 | $6.70 | $11.44 | $7.65 | $9.12 |
| Low | $9.47 | $6.58 | $5.04 | $9.21 | $5.48 | $9.36 | $6.26 | $7.46 |
| Weighted Average | $10.52 | $7.32 | $5.60 | $10.24 | $6.09 | $10.40 | $6.95 | $8.29 |

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

# Valuation Range



COMMUNITY CAPITAL ADVISORS

|  | Low End of Range | Midpoint of Range | High End of Range |
|---|---|---|---|
| **Control Value Per Share ($)** | **$10.44** | **$10.94** | **$11.44** |
| *% of Midpoint Value* | *95.4%* | *100.0%* | *104.6%* |
| Aggregate Value - Fully Diluted ($000) | $32,192 | $33,927 | $35,662 |
| Multiple of Book Value | 1.27x | 1.34x | 1.41x |
| Multiple of Tangible Book Value | 1.27x | 1.34x | 1.41x |
| Multiple of Capital-Adjusted Tangible Book Value [1] | 1.30x | 1.38x | 1.45x |
| Multiple of LTM Net Income | 19.0x | 20.0x | 21.1x |
| Multiple of 2013 Est. Net Income | 20.1x | 21.1x | 22.1x |
| Percent of Deposits | 12.4% | 13.1% | 13.8% |
| Premium to Core Deposits | 2.9% | 3.7% | 4.4% |
| Premium to SAB Trading Price | 4.4% | 9.4% | 14.4% |

(1)  Implied multiple of Tangible Book Value at 8.0%.

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

# Guideline Transactions


COMMUNITY CAPITAL ADVISORS

| Buyer / Target | Announce Date | Deal Value ($mm) | Target State | Target Region | Total Assets ($000) | Total Deposits ($000) | Total Equity/ Assets (%) | Tang. Equity/ Assets (%) | LTM ROAE (%) | LTM ROAA (%) | NPAs (%) | Book Value (x) | Tang. BV (x) | LTM EPS (x) | Total Assets (%) | Total Dep. (%) | Core Dep. Prem. (%) | 1-Wk Prem. To Mkt. (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Independent Federal Savings Bank Acquiring Colombo Bancshares, Inc | 2/11/2009 | N/A | MD | Southeast | 168,116 | 124,156 | 7.1 | 7.1 | 9.2 | 0.77 | 1.0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Community Trust Financial Corporation Acquiring First Louisiana Bancsha | 4/4/2009 | N/A | LA | Southwest | 133,114 | 106,625 | 10.7 | 10.7 | 7.0 | 0.71 | 1.8 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| First National Security Company Acquiring Heritage Capital Corp | 10/19/2009 | 39,560 | AR | Southwest | 225,344 | 188,470 | 10.7 | 10.7 | 9.9 | 0.91 | 0.4 | 1.58 | N/A | 16.4 | 16.8 | 21.0 | 9.4 | N/A |
| Community Bancorp of LA Acquiring United Comm Bancshares, Inc | 11/22/2009 | 14,466 | LA | Southwest | 192,676 | 155,604 | 7.6 | 7.6 | 8.3 | 0.76 | 1.0 | 0.99 | N/A | 7.9 | 7.5 | 9.3 | -0.1 | N/A |
| Great Southern Bancorp, Inc Acquiring Bank of Truman | 3/1/2010 | N/A | AR | Southwest | 112,337 | 92,375 | 17.4 | 8.2 | 4.9 | 0.86 | 0.3 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Ventex Holdings, Inc Acquiring Professional Bank NA | 3/11/2010 | N/A | TX | Southwest | 131,464 | 110,389 | 8.1 | 8.1 | 11.9 | 0.93 | 0.9 | 1.87 | 1.87 | 17.5 | 15.2 | 18.1 | 10.7 | N/A |
| First State Associates, Inc Acquiring Farmers State Holding Co. | 12/16/2010 | N/A | SD | Northcentral | 69,781 | 59,370 | 10.7 | 10.2 | 9.1 | 0.90 | 0.6 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Citizens National Bancshares of Bossier Inc Acquiring Citizens Bancshares | 12/16/2010 | N/A | LA | Southwest | 153,809 | 138,544 | 8.8 | 8.8 | 10.8 | 0.91 | 0.7 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| First Prestonsburg Bancshares, Inc Acquiring Short Holding Company | 12/21/2010 | N/A | KY | Southeast | 108,220 | 88,730 | 9.5 | 9.5 | 11.1 | 0.95 | 1.0 | 1.27 | N/A | N/A | 12.1 | 14.8 | 3.4 | N/A |
| Cadle Bancshares, Inc Acquiring Broadmoor Capital Corp | 6/17/2011 | N/A | CO | West | 174,454 | 158,760 | 8.4 | 8.4 | 9.5 | 0.79 | 1.7 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Goering Management Company, LLC Acquiring Home State Bancshares, In | 9/11/2011 | N/A | KS | Northcentral | 131,122 | 105,411 | 8.8 | 8.8 | 11.0 | 0.90 | 1.0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Cornerstone Financial Services Group Acquiring Hedrick Bancorp, Inc | 10/29/2011 | N/A | IA | Northcentral | 66,263 | 52,443 | 10.0 | 10.0 | 9.6 | 0.89 | 1.9 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| NBT Bancorp, Inc Acquiring Hampshire First Bank | 11/16/2011 | 44,397 | NH | Northeast | 272,965 | 224,894 | 10.7 | 10.7 | 4.1 | 0.54 | 1.9 | 1.54 | 1.54 | 26.6 | 16.5 | 20.0 | 8.6 | 62.6 |
| State Bankshares, Inc Acquiring First Hawley Bancshares, Inc | 1/17/2012 | N/A | MN | Northcentral | 93,527 | 77,856 | 9.6 | 9.6 | 9.4 | 0.92 | 1.6 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Provident New York Bancorp Acquiring Gotham Bank of New York | 1/18/2012 | N/A | NY | Northeast | 433,248 | 369,455 | 7.4 | 7.4 | 13.2 | 0.97 | 0.2 | 1.26 | 1.26 | 10.2 | 9.4 | 11.0 | 3.3 | 111.9 |
| Bank of Commerce Acquiring Nicholas, Inc | 3/7/2012 | N/A | MT | West | 100,136 | 63,904 | 9.6 | 9.6 | 9.9 | 0.96 | 1.2 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| National Australia Bank Acquiring North Central Bancshares, Inc | 3/13/2012 | 41,499 | IA | Northcentral | 433,022 | 360,851 | 9.4 | 9.1 | 6.5 | 0.87 | 1.2 | 0.99 | 1.00 | 12.2 | 9.6 | 11.5 | | 33.0 |
| Individual Investor- Kevin Meehan Acquiring MNB Bancorp | 5/11/2012 | N/A | MA | Northeast | 271,593 | 242,002 | 8.6 | 3.6 | 6.8 | 0.60 | 1.6 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Reliable Community Bnshs Acquiring First Southeast Missouri BanCorp, | 6/21/2012 | N/A | MO | Northcentral | 81,822 | 73,972 | 8.3 | 8.3 | 9.2 | 0.80 | 0.9 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Northstar Bancshares, Inc. Acquiring MWA BanCorp | 8/22/2012 | N/A | IA | Northcentral | 77,734 | 70,229 | 9.3 | 9.3 | 8.1 | 0.73 | 1.4 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Umpqua Holdings Corporation Acquiring Circle Bank | 8/30/2012 | N/A | CA | West | 322,215 | 242,937 | 7.8 | 7.8 | 9.2 | 0.72 | 1.6 | 1.00 | 1.00 | 11.6 | 7.7 | 10.3 | 0.0 | N/A |
| Financial Services Holding Corporation Acquiring Harrison BanCorp | 9/6/2012 | 7,000 | KY | Southeast | 50,234 | 41,307 | 10.9 | 10.9 | 8.3 | 0.87 | 0.0 | 1.27 | N/A | 17.6 | 13.9 | 17.0 | 4.6 | N/A |
| Henderson Citizens Bancshares, Inc. Acquiring First White Oak Bancshares, | 9/10/2012 | N/A | TX | Southwest | 78,147 | 65,652 | 7.4 | 7.4 | 14.1 | 0.87 | 0.0 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| American Bancorporation, Inc Acquiring Highland Ban-Corp, Inc | 9/24/2012 | 7,000 | OK | Southwest | 66,026 | 60,937 | 7.6 | 7.6 | 9.6 | 0.78 | 1.0 | 1.40 | N/A | 15.4 | 10.6 | 11.5 | 3.8 | N/A |
| MidSouth Bancorp, Inc. Acquiring PSB Financial Corporation | 9/26/2012 | 37,878 | LA | Southwest | 495,113 | 416,546 | 10.0 | 9.5 | 7.2 | 0.67 | 0.7 | 0.79 | N/A | 10.5 | 7.9 | 9.4 | -2.3 | N/A |
| Peoples First Bancshares Acquiring White Hall Bank | 9/26/2012 | N/A | IL | Midwest | 54,320 | 45,703 | 9.2 | 9.2 | 6.5 | 0.52 | 0.8 | 2.84 | 2.84 | 30.9 | 26.2 | 31.2 | 25.6 | N/A |
| LCNB Corp. Acquiring First Capital Bancshares | 10/9/2012 | N/A | OH | Midwest | 152,056 | 135,651 | 10.2 | 9.4 | 6.5 | 0.66 | 0.9 | 1.26 | N/A | 21.6 | 12.9 | 14.5 | 4.1 | N/A |
| Independent Bancshares, Inc Acquiring Fergus Falls Bancshares, Inc. | 10/11/2012 | N/A | MN | Northcentral | 141,107 | 111,332 | 9.3 | 9.3 | 10.0 | 0.82 | 0.4 | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| F.N.B. Corporation Acquiring Annapolis Bancorp, Inc | 10/22/2012 | 51,012 | MD | Southeast | 436,396 | 338,966 | 9.4 | 9.4 | 5.9 | 0.55 | 1.7 | 1.25 | N/A | 13.6 | 11.7 | 15.1 | 3.4 | 62.3 |
| Old Florida National Bancorp Acquiring New Traditions National Bank | 11/5/2012 | N/A | FL | Southeast | 399,801 | 356,940 | 9.8 | 9.8 | 7.2 | 0.70 | 0.5 | 1.01 | N/A | 11.4 | 9.9 | 11.3 | 0.1 | N/A |
| **MEDIAN** | | | | | 137,111 | 110,861 | 9.3 | 9.3 | 9.2 | 0.81 | 0.95 | 1.26 | 1.40 | 14.5 | 11.7 | 14.5 | 3.6 | 62.5 |
| **AVERAGE** | | | | | 189,714 | 158,296 | 9.4 | 9.0 | 8.8 | 0.79 | 0.98 | 1.35 | 1.59 | 16.0 | 12.5 | 15.0 | 5.3 | 67.4 |
| South Atlantic Bancshares, Inc. | N/A | | SC | Southeast | 284,988 | 259,338 | 8.9 | 8.9 | 7.0 | 0.66 | 0.71 | 1.21 | 1.21 | 17.9 | 10.6 | 11.7 | 2.1 | — |

Source: Thomson Reuters and Community Capital Advisors as of 1/28/2013.

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

COMMUNITY CAPITAL ADVISORS

# Thoughts & Observations

## *Final Assessments*



**Two of the primary valuation techniques give unique but similar values for the equity of South Atlantic Bancshares.**

➢ The DCF analysis indicates an equity valuation in the range of $9.81 per share (split adjusted), or $30.4 million – about 119% of tangible book value at 12/31/2012.

➢ The recent trading activity of the common shares has ranged between $9.09 and $10.00 per share (split adjusted). At no point in the Bank's history has the stock been known to trade below $9.09 per share.

➢ In 2012, approximately 46,000 shares were traded – all at a price of $10.00 per share (split adjusted)

➢ While not an appropriate proxy for minority-interest valuation, the comparable transaction analysis indicated a control position, or take-out price, of $10.44 to $11.44 per share, or $32.2 to $35.7 million, on a fully diluted basis.

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

## *Final Assessments*



**Most publicly traded community banks still trade below book value and present difficulty as apt comparables for South Atlantic Bancshares.**

➢ The comparable trading analysis indicates an equity valuation range of $5.97 to $7.30 per share, or $18.1 to $22.1 million.

➢ The valuation range of the 19 guideline comparables deemed most similar to the Bank was $6.68 to $10.13 per share.

➢ Only 22% of publicly traded banks under $5 billion in assets trade at a multiple greater than 119% of tangible book value.

➢ Current tangible book value of South Atlantic Bancshares is $8.27 on a fully diluted basis

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

## Final Assessments



COMMUNITY CAPITAL ADVISORS

**Bank boards and management frequently conflate the current market value and the more basic "intrinsic" value of their bank, but they are different concepts:**

➢ The market price at any moment in time is dictated by what someone is willing to pay for it at that moment – "value in the eye of the beholder."

➢ Intrinsic value is the value that you would attach to an asset based upon its fundamentals: free cash flow, expected growth and risk.

➢ The essence of intrinsic value is that you can estimate value in a vacuum for a specific asset, without any information on how the overall market is pricing other assets.

➢ Only assets that are expected to generate cash flows have intrinsic values [i.e., bonds (*coupons*), stocks (*dividends*), CRE (*rental income*)].

➢ At the other extreme, fine art and baseball cards *do not* have intrinsic value, since they generate no cash flows; so its value, in a sense, is in entirely in the eye of the beholder at that moment in time.

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

## *Final Assessments*



➢ It is not unusual for the terminal value to make up a large portion of the overall DCF value; in this scenario it accounts for approximately 85% of the overall DCF valuation.

➢ The DCF valuation is the more intrinsic valuation and can be relied upon objectively so long as the assumptions used in the analysis are accurate.

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC



Memoranda

# Beta Calculations



COMMUNITY CAPITAL ADVISORS

➢ Beta comparables include regional community banks large enough to have daily trading volumes sufficient to calculate a beta (Source: Yahoo Finance)

➢ Beta calculations are relative to the monthly price change of the S&P 500; the time period used is 36 months, when available

| Comparable Banks: | Beta |
|---|---|
| ABCB | 1.04 |
| AMNB | 0.81 |
| BNCN | 0.22 |
| CBAN | 0.31 |
| CCBG | 1.09 |
| FBNC | 1.18 |
| FCBN | 0.39 |
| FCCO | 0.67 |
| LION | 0.38 |
| NBBC | 1.56 |
| PNFP | 1.72 |
| RNST | 1.04 |
| SBFC | 0.47 |
| SCBT | 0.92 |
| SFST | 0.54 |
| STEL | 1.50 |
| TRMK | 1.28 |
| UCBI | 0.58 |
| YAVY | 1.46 |
| Average | 0.903 |

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC

# Calculation of Risk Premia (Duff & Phelps)


COMMUNITY CAPITAL ADVISORS

Figure 5: Location of "Regression Method" Equation in the Data Exhibits

Data for Year Ending December 31, 2011

| Portfolio Rank by Size | Average Book Val. (\$mils) | Log of Average Book Val. | Number as of 2011 | Beta (SumBeta) Since '96 | Smoothed Average of Returns | Geometric Average Return | Arithmetic Average Return | Arithmetic Average Risk Premium | Smoothed Average Risk Premium | Average Debt to MC |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 44,150 | 4.65 | 39 | 0.81 | 15.21% | 10.63% | 11.55% | 0.14% | 4.24% | 23.74% |
| 2 | 14,970 | 4.15 | 60 | 0.85 | 16.89% | 10.42% | 11.92% | 0.65% | 5.67% | 26.17% |
| 3 | 9,585 | 3.98 | 31 | 0.92 | 15.47% | 11.85% | 13.25% | 5.11% | 61.4% | 29.00% |
| 4 | 7,017 | 3.85 | 30 | 0.52 | 15.54% | 10.99% | 12.47% | 3.63% | 65.0% | 21.86% |
| 5 | 5,120 | 3.71 | 34 | 1.02 | 13.43% | 11.04% | 12.36% | 6.12% | 63.7% | 55.16% |
| 6 | 2,910 | 3.63 | 34 | 1.02 | 15.53% | 11.81% | 13.85% | 6.61% | 7.22% | 26.60% |
| 7 | 3,027 | 3.42 | 30 | 1.05 | 20.12% | 11.72% | 13.54% | 7.10% | 7.49% | 34.95% |
| 8 | 2,551 | 3.41 | 38 | 1.05 | 16.33% | 12.07% | 14.04% | 7.20% | 7.30% | 34.72% |
| 9 | 2,147 | 3.33 | 35 | 1.10 | 20.06% | 12.09% | 14.05% | 7.60% | 7.68% | 20.05% |
| 10 | 1,813 | 3.23 | 33 | 1.07 | 19.02% | 12.79% | 14.55% | 7.24% | 8.04% | 26.03% |
| 11 | 1,538 | 3.21 | 40 | 1.09 | 20.19% | 12.57% | 14.06% | 3.64% | 8.21% | 25.55% |
| 12 | 1,414 | 3.15 | 41 | 1.03 | 20.33% | 14.03% | 16.21% | 9.37% | 8.36% | 26.55% |
| 13 | 1,242 | 3.10 | 39 | 1.11 | 21.82% | 13.72% | 16.03% | 9.36% | 8.59% | 25.29% |
| 14 | 1,119 | 3.05 | 37 | 1.14 | 20.67% | 12.67% | 14.85% | 8.00% | 8.65% | 25.74% |
| 15 | 1,000 | 3.00 | 51 | 1.13 | 21.06% | 15.05% | 17.06% | 10.21% | 8.76% | 23.75% |
| 16 | 869 | 2.94 | 45 | 1.23 | 24.36% | 15.13% | 18.09% | 11.25% | 8.85% | 24.00% |
| 17 | 760 | 2.88 | 43 | 1.21 | 23.44% | 13.16% | 15.04% | 8.10% | 9.12% | 23.19% |
| 18 | 684 | 2.84 | 40 | 1.13 | 22.03% | 14.04% | 16.77% | 9.95% | 9.31% | 23.81% |
| 19 | 599 | 2.78 | 32 | 1.24 | 21.53% | 12.45% | 14.20% | 5.04% | 9.53% | 23.51% |
| 20 | 550 | 2.73 | 57 | 1.01 | 21.02% | 13.10% | 15.65% | 8.60% | 8.69% | 22.34% |
| 21 | 414 | 2.62 | 78 | 1.22 | 21.14% | 15.17% | 17.06% | 10.72% | 9.82% | 23.34% |
| 22 | 323 | 2.51 | 74 | 1.04 | 22.06% | 13.55% | 16.47% | 9.63% | 10.11% | 23.73% |
| 23 | 242 | 2.38 | 94 | 1.15 | 23.16% | 14.09% | 16.84% | 10.00% | 10.45% | 23.90% |
| 24 | 170 | 2.23 | 116 | 1.21 | 24.37% | 14.36% | 17.60% | 10.76% | 10.86% | 23.84% |
| 25 | 62 | 1.90 | 324 | 1.29 | 25.92% | 15.16% | 18.55% | 11.70% | 12.05% | 23.90% |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Large Stocks (Ibbotson SBBI data) | | | | | | 9.53% | 11.11% | 4.27% | | |
| Small Stocks (Ibbotson SBBI data) | | | | | | 13.34% | 16.12% | 9.25% | | |
| Long-Term Treasury Income (Ibbotson SBBI data) | | | | | | 5.82% | 5.84% | | | |

Line Smoothing with Regression Analysis
Dependent Variable: Average Premium
Independent Variable: Log of Average Book Value of Equity

| Regression Output: | |
|---|---|
| Constant | 16.883% |
| Std Err of Y Est | 0.88% |
| R Squared | 91% |
| No. of Observations | 25 |
| Degrees of Freedom | 23 |
| X Coefficient(s) | -2.699% |
| Std Err of Coef. | 0.074% |
| t-Statistic | -8.6 |

*Smoothed Premium = 16.883% - 2.699% \*Log (Book Value)*


Smoothed Premium vs. Unadjusted Average

© Duff and Phelps, LLC

© 2012 CRSP®, Center for Research in Security Prices. University of Chicago Booth School of Business used with permission. All rights reserved. www.crsp.chicagobooth.edu

*Smoothed Premium = 16.883% − 2.699% \*Log (Book Value)*

[¹] The term "log" is the base 10 logarithm. The base 10 log of 114 is 2.06. To calculate a base 10 log in Microsoft Excel, use =log (size measure). Remember that the logarithmic relationship is base-10, and that the financial size data is in millions of dollars, such that the log of \$10 million is log (10), and not log (10,000,000).

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC



**COMMUNITY CAPITAL ADVISORS**

*Capital is the Bridge from Today to Tomorrow*

1815 Satellite Blvd., Suite 502
Duluth, GA 30097
(678) 417-6600
www.communitybankcapital.com

| | | |
|---|---|---|
| Lee Bradley | lbradley@communitybankcapital.com | (678) 417-6688 |
| Shaun Dalton | sdalton@communitybankcapital.com | (678) 417-6699 |
| John R. Boulware | jboulware@communitybankcapital.com | (704) 877-8671 |
| Robert E. "Chip" Coffee | ccoffee@communitybankcapital.com | (843) 224-6845 |

Securities offered through Patrick Capital Markets, LLC.
Member FINRA/SIPC
©Community Capital Advisors, 2013